RACHEL E. K. LOWE (State Bar No. 246361)
rachel.lowe@alston.com
JESSE STEINBACH (State Bar No. 278923)
jesse.steinbach@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Telephone: 213-576-1000
Facsimile: 213-576-1100

KRISTINE M. BROWN (*pro hac vice* admitted)
kristy.brown@alston.com
DONALD HOUSER (*pro hac vice* admitted)
donald.houser@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for Specially-Appearing Defendant
CVS HEALTH CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHADI HAYDEN *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>THE RETAIL EQUATION, INC. *et al.*,<br><br>Defendants. | Case No.: 8:20-cv-01203-DOC-DFM<br>*[Assigned to Hon. David O. Carter]*<br><br>**DECLARATION OF THOMAS S. MOFFATT IN SUPPORT OF SPECIALLY-APPEARING DEFENDANT CVS HEALTH CORPORATION'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(2) FOR LACK OF PERSONAL JURISDICTION** |

DECLARATION OF THOMAS S. MOFFATT

I, Thomas S. Moffatt, hereby declare:

1. I am over 21 years of age and am competent to make this Declaration. I have personal knowledge of the matters stated herein, and they are true and correct to the best of my knowledge. If called as a witness, I could and would testify competently as to these matters. I am authorized to make this declaration on behalf of CVS Health Corporation.

2. I am familiar with the corporate structure of CVS Health Corporation and its subsidiaries.

3. CVS Health Corporation is a holding company and its primary functions are to issue stock that is traded on the New York Stock Exchange and to file reports with the Securities and Exchange Commission. CVS Health Corporation also performs certain other functions related to those primary functions. CVS Health Corporation has no operations unrelated to its status as a holding company and does not offer any products or services to the public.

4. CVS Health Corporation is organized under the laws of the State of Delaware, and its principal place of business is located in the State of Rhode Island. CVS Health Corporation has no business, operations, offices, facilities, assets, or income in California and none of its limited business functions regularly occur in California. CVS Health Corporation also does not own or lease any real property in California.

5. CVS Health Corporation is not licensed or registered to do business in California and does not have a registered agent for service of process in California.

6. CVS Health Corporation has no employees in any state (including California), does not operate any retail store/pharmacy locations in any state (including California), and has no direct involvement in directing, managing, or supervising the operations or the employees of any retail store/pharmacy locations in any state (including California). CVS Health Corporation also does not advertise in California or sell any products in California.

7. CVS Health Corporation is a separate and distinct entity from the entities that operate retail store/pharmacy locations in California and in all other states, all of which observe and enforce necessary corporate formalities.

8. CVS Health Corporation does not collect, use, or maintain data concerning retail customers and does not transmit or disclose data concerning retail customers to any third parties, including The Retail Equation, Inc. CVS Health Corporation does not determine whether a retail store/pharmacy location accepts or rejects product returns.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of September, 2020, in Woonsocket, Rhode Island.

*[signature]*

THOMAS S. MOFFATT