1   Tina Wolfson (SBN 174806)
    *twolfson@ahdootwolfson.com*
2   Theodore Maya (SBN 223242)
    *tmaya@ahdootwolfson.com*
3   Bradley K. King (SBN 274399)
    *bking@ahdootwolfson.com*
4   Christopher Stiner (SBN 276033)
    *cstiner@ahdootwolfson.com*
5   **AHDOOT & WOLFSON, PC**
    2600 West Olive Ave., Suite 500
6   Burbank, CA 91505
    310.474.9111 (*telephone*)
7   310.474.8585 (*facsimile*)
8
    Cornelius P. Dukelow (*pro hac vice*)
9   Oklahoma Bar No. 19086
    **ABINGTON COLE + ELLERY**
10  320 South Boston Avenue
    Suite 1130
11  Tulsa, Oklahoma 74103
    918.588.3400 (*telephone & facsimile*)
12  cdukelow@abingtonlaw.com
13
    *Counsel to Plaintiffs and the Proposed Classes*
14

15

16              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
17                   **EASTERN DIVISION**

18  SHADI HAYDEN, *et al*., individually    Case No. 8:20-cv-01203-JWH-DFM
    and on behalf of all others similarly
19  situated,                               **DECLARATION OF**
                                            **CHRISTOPHER E. STINER IN**
20                  Plaintiffs,             **SUPPORT OF PLAINTIFFS**
         v.                                 **MURPHY AND WHITE'S**
21                                          **OPPOSITION TO DEFENDANTS**
    THE RETAIL EQUATION, INC., *et al*.,    **BED BATH & BEYOND INC.'S**
22                                          **INDIVIDUAL MOTION TO**
                                            **DISMISS SECOND AMENDED**
23                  Defendants.             **CLASS ACTION COMPLAINT**
                                            **(ECF NO. 292)**
24

25                                          Date:   December 10, 2021
26                                          Time:  9:00 a.m.
                                            Judge: Hon. John W. Holcomb
27                                          Ctrm:  2

28

1    I, Christopher E. Stiner, declare under penalty of perjury pursuant to 28 U.S.C. §

2 1746 that the following statements are true:

3    1.    I am a member in good standing of the California State Bar, and am licensed

4 to practice before numerous federal courts. I am an attorney with Ahdoot & Wolfson, PC,

5 counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge

6 of the matters stated herein and, if called upon, I could and would competently testify

7 regarding those matters.

8    2.    I respectfully submit this Declaration in support of Plaintiff Traci Duncan

9 White's Opposition to Defendant Bed Bath & Beyond Inc.'s Individual Motion to

10 Dismiss Second Amended Class Action Complaint (ECF No. 292).

11    3.    Attached hereto as **Exhibit A,** are true and correct copies of screenshots of

12 Bed Bath & Beyond Return Policy as of July 19, 2020, available at

13 https://web.archive.org/web/20200719093306/https://www.bedbathandbeyond.com/stor

14 e/static/EasyReturns (last visited November 1, 2021).

15    4.    Attached hereto as **Exhibit B**, are true and correct copies of screenshots of

16 the posted Bed Bath & Beyond Privacy Policy as of July 12, 2020, available at

17 https://web.archive.org/web/20200712221926/http://www.bedbathandbeyond.com/store

18 /static/PrivacyPolicy (last visited November 1, 2021).

19    5.    Attached hereto as **Exhibit C**, are true and correct copies of screenshots of

20 the posted Bed Bath & Beyond Return Policy as of October 5, 2019, available at

21 https://web.archive.org/web/20191005034627/https://www.bedbathandbeyond.com/stor

22 e/static/EasyReturns (last visited November 1, 2021).

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

- 1 -

STINER DECLARATION IN OPPOSITION TO BED BATH & BEYOND INC.'S INDIVIDUAL
MOTION TO DISMISS (ECF NO. 292)

1    6.    Attached hereto as **Exhibit D**, are true and correct copies of screenshots of

2 the posted Bed Bath & Beyond Privacy Policy as of October 5, 2019, available at

3 https://web.archive.org/web/20191005035049/https://www.bedbathandbeyond.com/stor

4 e/static/PrivacyPolicy. (last visited November 1, 2021).

5    I declare under penalty of perjury under the laws of the United States of America

6 that the foregoing is true and correct. Executed this 3rd day of November 2021 at Laguna

7 Niguel, California.

8

9    By: _____

10    Christopher E. Stiner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STINER DECLARATION IN OPPOSITION TO BED BATH & BEYOND INC.'S INDIVIDUAL
MOTION TO DISMISS (ECF NO. 292)