Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

Cornelius P. Dukelow (admitted *pro hac vice*)
Oklahoma Bar No. 19086
**ABINGTON COLE + ELLERY**
320 South Boston Avenue
Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (*telephone & facsimile*)
cdukelow@abingtonlaw.com

*Counsel to Plaintiffs and the Proposed Classes*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SHADI HAYDEN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>THE RETAIL EQUATION, INC., et al.,<br><br>Defendants. | Case No. 8:20-cv-01203-DOC-DFM<br><br>**[REDACTED] DECLARATION OF CHRISTOPHER E. STINER IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO SUBMIT NEWLY ACQUIRED EVIDENCE IN SUPPORT OF THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. David O. Carter<br>Ctrm: 9D |

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

I, Christopher E. Stiner, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true:

1. I am a member in good standing of the California State Bar, and I am licensed to practice before numerous federal courts. I am an attorney with Ahdoot & Wolfson, PC, counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify regarding those matters. I respectfully submit this Declaration in support of Plaintiffs' *Ex Parte* Application.

2. On January 5, 2022, I sent counsel for Defendants email correspondence advising them of this *ex parte* application pursuant to Civil Local Rule 7-19.1. Counsel has indicated their intent to oppose this application.

3. Attached as **Exhibit A** is a true and correct copy of the Master Agreement for Computer Services produced by counsel for Defendant Bath & Body Works, Inc. f/k/a L Brands, Inc. on December 17, 2021, relevant excerpts of which are as follows:



1  ██████████████████████████████████████████████████
2  █████████
3  ████████████████████████
4
5  ██████████████████████████████████████████████████
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ████████████████████████
28



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of January 2022 at Laguna Nigel, California.

Christopher E. Stiner

# EXHIBIT A

# (REDACTED IN ITS ENTIRETY)