# EXHIBIT F

Combined Declaration of Use and/or Excusable Nonuse/ Application for Renewal of Registration of a Mark under Sections 8 & 9 for U.S. Trademark Reg. No. 3,974,856 filed with the USPTO on June 24, 2020

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
| --- | --- |
| **REGISTRATION NUMBER** | 3974856 |
| **REGISTRATION DATE** | 06/07/2011 |
| **SERIAL NUMBER** | 77320277 |
| **MARK SECTION** | |
| **MARK** | THE RETAIL EQUATION (see, mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | David W. Nagle, Jr. |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | Stites & Harbison, PLLC |
| **INTERNAL ADDRESS** | Suite 1800 |
| **STREET** | 400 West Market St. |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **POSTAL CODE** | 40202 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 502-587-3400 |
| **FAX** | 502-587-6391 |
| **EMAIL** | dnagle@stites.com |
| **DOCKET/REFERENCE NUMBER** | RE258/20-7 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | David W. Nagle, Jr. |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Stites & Harbison, PLLC |
| **INTERNAL ADDRESS** | Suite 1800 |
| **STREET** | 400 West Market St. |
| **CITY** | Louisville |

| STATE | Kentucky |
|---|---|
| POSTAL CODE | 40202 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 502-587-3400 |
| FAX | 502-587-6391 |
| EMAIL | dnagle@stites.com |
| DOCKET/REFERENCE NUMBER | RE258/20-7 |

**CORRESPONDENCE INFORMATION (current)**

| NAME | David W. Nagle, Jr. |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | dnagle@stites.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | tmlou@stites.com |
| DOCKET/REFERENCE NUMBER | RE258/20-7 |

**GOODS AND/OR SERVICES SECTION**

| INTERNATIONAL CLASS | 009 |
|---|---|
| GOODS OR SERVICES | DELETE ENTIRE CLASS |
| INTERNATIONAL CLASS | 016 |
| GOODS OR SERVICES | PRINTED REPORTS AND MANUALS IN FIELDS OF RETURN AUTHORIZATION, RECEIPT RECONCILIATION, FRAUD DETECTION, RETURN ABUSE, CUSTOMER LOYALTY, AND CUSTOMER INFORMATION RELATING TO SHOPPING, RETURNS AND PURCHASE HISTORIES |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPN1-661954999-2020062410 5726214186_._TRE-Return_Activity_Report-062420.pdf |
| CONVERTED PDF FILE(S) (5 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2\S890002.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2\S890003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2\S890004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2\S890005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2\S890006.JPG |
| SPECIMEN DESCRIPTION | sample report |
| INTERNATIONAL CLASS | 035 |
| | RETURN MANAGEMENT, NAMELY, MANAGEMENT OF RETURNED MERCHANDISE; BUSINESS MANAGEMENT SERVICES, NAMELY, TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING BUSINESS INFORMATION, NAMELY, PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS |

| | |
|---|---|
| | DATA; PROVIDING RETURN AUTHORIZATION SERVICES TO RETAILERS THROUGH A COMPUTER DATABASE TO AUTHORIZE MERCHANDISE RETURN BY CONSUMERS BY INFORMING RETAIL ESTABLISHMENTS OF ANY POTENTIAL RETURN/REFUND FRAUD OR ABUSE OF THE RETAILER'S RETURN POLICY BY CHECKING THE DATABASE FOR CONSUMERS' PRIOR RETURN HISTORY WITH MULTIPLE RETAILERS; PROVIDING FRAUD DETECTION SERVICES FOR RETAILERS IN THE FIELD OF MERCHANDISE RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION IN THE FIELDS OF RETURN AUTHORIZATION, COUPONS, FRAUD AND ABUSE; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ALLOWING RETAILERS TO DETECT AND STOP FRAUDULENT AND ABUSIVE RETURN BEHAVIOR AS WELL AS INCREASE SALES AND CUSTOMER LOYALTY; PROVIDING AN ON-LINE COMPUTER DATABASE TO DELETE CONSUMER FRAUD; PROVIDING AN ON-LINE COMPUTER DATABASE CONTAINING CUSTOMERS' RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE THAT COLLECTS AND ANALYZES RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH STORES INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED; PROVIDING AN ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS; PROVIDING AN ON-LINE COMPUTER DATABASE SYSTEM TO ENCOURAGE CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR; PROVIDING AN ON-LINE COMPUTER DATABASE FOR PROVIDING CUSTOMERS AND RECIPIENTS PRODUCT RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ENCOURAGING CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN AUTHORIZATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN MANAGEMENT SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RECEIPT RECONCILIATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR COLLECTING AND ANALYZING RETURN INFORMATION; PROVIDING ON-LINE COMPUTER DATABASE FOR DETECTING AND TRACKING FRAUD AND ABUSE AND IMPROPER RETURNS USED BY RETAILERS RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR STORING INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR PROCESSING RETURNS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE |
| **GOODS OR SERVICES** | |

|  | FOR PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE BY RETAIL STORE OPERATORS OR AT THE POINT OF TRANSACTION TO ENABLE THE RETAILER TO DETERMINE BASED UPON THE CUSTOMER'S RETURN HISTORY, PURCHASE HISTORY AND RETURNED ITEMS, WHETHER THE CUSTOMER SHOULD RECEIVE A SPECIAL OFFER THAT ENCOURAGES THE CUSTOMER TO CONTINUE SHOPPING AT THE RETAIL STORE OR RETURN TO THE STORE AT A LATER TIME; PROVIDING AN ON-LINE DATABASE FOR USE BY RETAIL STORE OPERATORS, TO EVALUATE AND TRACK FINANCIAL PERFORMANCE, CUSTOMER SERVICES PERFORMANCE, CUSTOMER AND CONSUMER INFORMATION, COUPON ACTIVITY, INVENTORY, PURCHASE HISTORY, RETURN HISTORY, AND AVAILABLE REWARDS; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH ALLOWS RETAILERS TO SELECT, CONFIGURE AND DELIVER REDEMPTION OFFERS TO CONSUMERS AND POTENTIAL CONSUMERS; NON-DOWNLOADABLE ELECTRONIC DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\773\202\77320277\xml2 \ S890007.JPG |
| **SPECIMEN DESCRIPTION** | web site printout, https://www.theretailequation.com/, accessed and printed on June 24, 2020 |

**OWNER SECTION (current)**

| NAME | THE RETAIL EQUATION, INC. |
|---|---|
| **INTERNAL ADDRESS** | Suite 200 |
| **MAILING ADDRESS** | 10401 Linn Station Rd. |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **ZIP/POSTAL CODE** | 40223 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

**OWNER SECTION (proposed)**

| NAME | THE RETAIL EQUATION, INC. |
|---|---|
| **INTERNAL ADDRESS** | Suite 200 |
| **MAILING ADDRESS** | 10401 Linn Station Rd. |
| **CITY** | Louisville |
| **STATE** | Kentucky |
| **ZIP/POSTAL CODE** | 40223 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |

| EMAIL | XXXX |
|---|---|
| **LEGAL ENTITY SECTION (current)** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **PAYMENT SECTION** | |
| NUMBER OF CLASSES | 3 |
| NUMBER OF CLASSES PAID | 2 |
| COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE | 850 |
| TOTAL FEE PAID | 850 |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Jason J. Matthes/ |
| SIGNATORY'S NAME | Jason J. Matthes |
| SIGNATORY'S POSITION | Chief Legal Officer |
| DATE SIGNED | 06/24/2020 |
| PAYMENT METHOD | CC |
| **FILING INFORMATION** | |
| SUBMIT DATE | Wed Jun 24 12:34:19 ET 2020 |
| TEAS STAMP | USPTO/S08N09-XX.XXX.XX.XX -20200624123419007032-397 4856-710273412a9dfc1ce301 7f35754c689227dd3c2c76648 539f44c383c5419f5dc-CC-34 172016-202006241057262141 86 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1963 (Rev 05/2006)
OMB No. 0651-0055 (Exp 10/31/2021)

## Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3974856
**REGISTRATION DATE:** 06/07/2011

**MARK:** THE RETAIL EQUATION

**Current:** The owner, THE RETAIL EQUATION, INC., a corporation of Delaware, having an address of
    10401 Linn Station Rd. Suite 200
     Louisville, Kentucky 40223
    United States

**Proposed:** The owner, THE RETAIL EQUATION, INC., a corporation of Delaware, having an address of
    Suite 200
    10401 Linn Station Rd.
    Louisville, Kentucky 40223
    United States
    XXXX

is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 009, this filing does **not** cover this specific class. This entire class is to be permanently **deleted** from the registration.

For International Class 016, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: PRINTED REPORTS AND MANUALS IN FIELDS OF RETURN AUTHORIZATION, RECEIPT RECONCILIATION, FRAUD DETECTION, RETURN ABUSE, CUSTOMER LOYALTY, AND CUSTOMER INFORMATION RELATING TO SHOPPING, RETURNS AND PURCHASE HISTORIES ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) sample report.

**Original PDF file:**
SPN1-661954999-2020062410 5726214186_._TRE-Return_A ctivity_Report-062420.pdf
**Converted PDF file(s)** (5 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

For International Class 035, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: RETURN MANAGEMENT, NAMELY, MANAGEMENT OF RETURNED MERCHANDISE; BUSINESS MANAGEMENT SERVICES, NAMELY, TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING BUSINESS INFORMATION, NAMELY, PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA; PROVIDING RETURN AUTHORIZATION SERVICES TO RETAILERS THROUGH A COMPUTER DATABASE TO AUTHORIZE MERCHANDISE RETURN BY CONSUMERS BY INFORMING RETAIL ESTABLISHMENTS OF ANY POTENTIAL RETURN/REFUND FRAUD OR ABUSE OF THE RETAILER'S RETURN POLICY BY CHECKING THE DATABASE FOR CONSUMERS' PRIOR RETURN HISTORY WITH MULTIPLE RETAILERS; PROVIDING FRAUD DETECTION SERVICES FOR RETAILERS IN THE FIELD OF MERCHANDISE RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION IN THE FIELDS OF RETURN AUTHORIZATION, COUPONS, FRAUD AND ABUSE; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ALLOWING RETAILERS TO DETECT AND STOP FRAUDULENT AND ABUSIVE RETURN BEHAVIOR AS WELL AS INCREASE SALES AND CUSTOMER LOYALTY; PROVIDING AN ON-LINE COMPUTER DATABASE TO DELETE CONSUMER FRAUD; PROVIDING AN ON-LINE COMPUTER DATABASE

CONTAINING CUSTOMERS' RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE THAT COLLECTS AND ANALYZES RETURN INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH STORES INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED; PROVIDING AN ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS; PROVIDING AN ON-LINE COMPUTER DATABASE SYSTEM TO ENCOURAGE CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR TRACKING OF CONSUMER BEHAVIOR AND DETECTING FRAUDULENT OR ABUSIVE RETURNS OR EXCHANGES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR; PROVIDING AN ON-LINE COMPUTER DATABASE FOR PROVIDING CUSTOMERS AND RECIPIENTS PRODUCT RETURNS; PROVIDING AN ON-LINE COMPUTER DATABASE FOR ENCOURAGING CUSTOMERS TO MAKE ADDITIONAL PURCHASES AT THE POINT OF TRANSACTION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN AUTHORIZATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RETURN MANAGEMENT SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE IN CONNECTION WITH RECEIPT RECONCILIATION SERVICES; PROVIDING AN ON-LINE COMPUTER DATABASE WITH CONSUMER INFORMATION; PROVIDING AN ON-LINE COMPUTER DATABASE FOR COLLECTING AND ANALYZING RETURN INFORMATION; PROVIDING ON-LINE COMPUTER DATABASE FOR DETECTING AND TRACKING FRAUD AND ABUSE AND IMPROPER RETURNS USED BY RETAILERS RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR STORING INFORMATION ABOUT CUSTOMERS' HISTORY OF RETURNS TO DETERMINE WHETHER RETURNS SHOULD BE ALLOWED RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR PROCESSING RETURNS RECORDED ON COMPUTER MEDIA; ELECTRONIC COMPUTER DATABASE FOR PROVIDING CUSTOMERS' AND RECIPIENTS' PRODUCT RETURNS DATA RECORDED ON COMPUTER MEDIA; PROVIDING ON-LINE COMPUTER DATABASE FOR RETAILERS TO PROCESS RETURNS EASILY AND ACCURATELY ACROSS ALL STORES AND CHANNELS THROUGH REAL-TIME RETURN AUTHORIZATIONS THAT SCREEN FOR RETURNS FRAUD BY ANALYZING RETURN BEHAVIOR AND IDENTIFYING SPECIFIC RETURN PATTERNS RECORDED ON COMPUTER MEDIA; PROVIDING AN ON-LINE COMPUTER DATABASE FOR USE BY RETAIL STORE OPERATORS OR AT THE POINT OF TRANSACTION TO ENABLE THE RETAILER TO DETERMINE BASED UPON THE CUSTOMER'S RETURN HISTORY, PURCHASE HISTORY AND RETURNED ITEMS, WHETHER THE CUSTOMER SHOULD RECEIVE A SPECIAL OFFER THAT ENCOURAGES THE CUSTOMER TO CONTINUE SHOPPING AT THE RETAIL STORE OR RETURN TO THE STORE AT A LATER TIME; PROVIDING AN ON-LINE DATABASE FOR USE BY RETAIL STORE OPERATORS, TO EVALUATE AND TRACK FINANCIAL PERFORMANCE, CUSTOMER SERVICES PERFORMANCE, CUSTOMER AND CONSUMER INFORMATION, COUPON ACTIVITY, INVENTORY, PURCHASE HISTORY, RETURN HISTORY, AND AVAILABLE REWARDS; PROVIDING AN ON-LINE COMPUTER DATABASE WHICH ALLOWS RETAILERS TO SELECT, CONFIGURE AND DELIVER REDEMPTION OFFERS TO CONSUMERS AND POTENTIAL CONSUMERS; NON-DOWNLOADABLE ELECTRONIC DATABASE FOR PROMOTING THE SALE OF GOODS AND SERVICES OF OTHERS THROUGH THE DISTRIBUTION OF COUPONS AND INCENTIVES BASED ON CONSUMER PURCHASE BEHAVIOR ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) web site printout, https://www.theretailequation.com/, accessed and printed on June 24, 2020.
Specimen File1

The owner's/holder's current attorney information: David W. Nagle, Jr.. David W. Nagle, Jr. of Stites & Harbison, PLLC, is located at

    Suite 1800
    400 West Market St.
    Louisville, Kentucky 40202
    United States
The docket/reference number is RE258/20-7.

The phone number is 502-587-3400.

The fax number is 502-587-6391.

The email address is dnagle@stites.com

The owner's/holder's proposed attorney information: David W. Nagle, Jr.. David W. Nagle, Jr. of Stites & Harbison, PLLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    Suite 1800
    400 West Market St.

Louisville, Kentucky 40202
United States
The docket/reference number is RE258/20-7.

The phone number is 502-587-3400.

The fax number is 502-587-6391.

The email address is dnagle@stites.com

David W. Nagle, Jr. submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current):**
David W. Nagle, Jr.
PRIMARY EMAIL FOR CORRESPONDENCE: dnagle@stites.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): tmlou@stites.com

The docket/reference number is RE258/20-7.

A fee payment in the amount of $850 will be submitted with the form, representing payment for 2 class(es), plus any additional grace period fee, if necessary.

### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

Signature: /Jason J. Matthes/    Date: 06/24/2020
Signatory's Name: Jason J. Matthes
Signatory's Position: Chief Legal Officer

Mailing Address **(current):**
Stites & Harbison, PLLC
400 West Market St.
Louisville, Kentucky 40202

Mailing Address **(proposed):**
Stites & Harbison, PLLC
400 West Market St.
Louisville, Kentucky 40202

Serial Number: 77320277
Internet Transmission Date: Wed Jun 24 12:34:19 ET 2020
TEAS Stamp: USPTO/S08N09-XX.XXX.XX.XX-20200624123419
007032-3974856-710273412a9dfc1ce3017f357
54c689227dd3c2c76648539f44c383c5419f5dc-
CC-34172016-20200624105726214186



Tuesday, May 14, 2019

Dear Consumer,

Thank you for your recent inquiry regarding your Return Activity Report® (RAR).  Per your request, a copy of your RAR is enclosed.

You may dispute the accuracy or completeness of any information contained in your RAR.  If you choose to do so, please submit a written request and reference the transaction number for the return(s) you wish to dispute as listed in your RAR.  Please mail your request to:

    The Retail Equation/RAR
    Attn: RAR Administrator
    P.O. Box 51373
    Irvine, CA 92619-1373, USA

For more information about The Retail Equation, please visit our website at www.TheRetailEquation.com.

Regards,

Customer Service



## Return Activity Report® for Retailer

### Transactions for Retailer

*This Return Activity Report includes all of your return transactions associated with an identifier or with a receipt. Only the information furnished by Retailer was used to authorize returns for Retailer. The Retail Equation does not share data on your return transactions at Retailer with any other retailer.*

**Currencies**

| USD | US Dollars |
|-----|-----------|

**Return Summary**

| Total Returned Items Accepted: | 6 | Total Amount Refunded: | 133.96 USD | Total Transactions Accepted: | 5 |
|---|---|---|---|---|---|
| Total Returned Items Not Accepted: | 1 | Total Amount Not Refunded: | 19.99 USD | Total Transactions Not Accepted: | 1 |

**Returns Processed By The Retail Equation On Behalf Of Retailer**

| Tx #: | 485954-046-ABC | Store Name: | MAIN ST | Tx Type: | Return | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -8.57 USD | | |
| Date: | 11/27/2018 5:16 PM | | | Return Amt: | 7.99 USD | | |
| Result: | Approved | | | Return Qty: | 1 | | |

| SKU | Return Reason | | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | | No | | | | | 1 | -7.99 USD |

| Tx #: | 873745-650-ABC | Store Name: | DOWNTOWN | Tx Type: | Return | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -5.35 USD | | |
| Date: | 12/16/2018 1:41 PM | | | Return Amt: | 4.99 USD | | |
| Result: | Approved | | | Return Qty: | 1 | | |

| SKU | Return Reason | | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | | No | | | | | 1 | -4.99 USD |

| Tx #: | 1412611-630-ABC | Store Name: | MAIN ST | Tx Type: | Return | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -21.44 USD | | |
| Date: | 1/5/2019 1:35 PM | | | Return Amt: | 19.99 USD | | |
| Result: | Approved | | | Return Qty: | 1 | | |

| SKU | Return Reason | | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | | No | | | | | 1 | -19.99 USD |

| Tx #: | 2275624-720-ABC | Store Name: | CENTRAL | Tx Type: | Return | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -31.09 USD | | |
| Date: | 3/2/2019 10:39 AM | | | Return Amt: | 28.99 USD | | |
| Result: | Approved | | | Return Qty: | 2 | | |

| SKU | Return Reason | | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | | No | | | | | 1 | -12.00 USD |
| 9876543210 | Not Available | | No | | | | | 1 | -16.99 USD |

| Tx #: | 3281877-616-ABC | Store Name: | CENTRAL | Tx Type: | Return | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -77.22 USD | | |
| Date: | 5/7/2019 12:11 PM | | | Return Amt: | 72.00 USD | | |
| Result: | Warned | | | Return Qty: | 1 | | |

| SKU | Return Reason | | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | | No | | | | | 1 | -72.00 USD |

| Tx #: | 3373797-280-ABC | Store Name: | DOWNTOWN | Tx Type: | $ To Customer Exchange | Receipt: | No |
|---|---|---|---|---|---|---|---|
| Store #: | | Store Address: | | Net Amt: | -20.38 USD | | |
| Date: | 5/12/2019 2:42 PM | | | Return Amt: | 19.99 USD | | |
| Result: | Denied | | | Return Qty: | 1 | | |



Page 3 of 5

5/14/2019 11:46:17 PM

| SKU | Return Reason | Receipt | Receipt Date | Original Store # | Original Tx. # | Original Reg. # | Qty. | Total |
|---|---|---|---|---|---|---|---|---|
| 1234567890 | Not Available | No | | | | | 1 | -19.99 USD |
| 9876543210 | Not Available | No | | | | | 1 | 0.99 USD |



# The Retail Equation Services Processing Notice

Last updated: March, 2019

## About this Processing Notice

This processing notice applies to personal information that identifies individual consumers ("**Personal Data**") and is processed by The Retail Equation for purposes of making decisions about consumer returns (collectively, the "**Services**"). The customers of the Services provided by The Retail Equation are referred to in this processing statement as "**Retailers**".

## Collection and Use of Personal Data

### Our Purpose

The Personal Data processed by The Retail Equation enables Retailers to comply with legal and regulatory obligations and to conduct due diligence screening and other risk management activities for which there is a substantial public interest. Our Services are also designed to provide organizations with information that may impact their organization, brand, or customer base, and enable informed commercial and business risk decisions.

The Personal Data we collect and process may be used for the following purposes:

- **Loss Prevention** - Immediately impacting retailer loss by reducing consumer fraud, retail shrink and procedural errors, while fostering a positive customer experience.
- **Store Operations** - Lifting store performance by, cutting costs, and reducing loss due to return fraud.
- **RewardsAndIncentives** - Providing customer incentives that encourage brand loyalty.
- **Cost Management** - Reducing retailer loss from consumer fraud, employee dishonesty and procedural errors to immediately reduce shrink and returns.

### Explanation of our core processing service – return authorization

The core processing activity of The Retail Equation is a merchandise returns monitoring and authorization service. The Retail Equation collects identifying and return transaction information from Retailers, including Personal Data, and uses that information to make recommendations about returns. When a consumer returns merchandise to a Retailer, he or she may either (a) supply a receipt of purchase for the merchandise; or (b) furnish personally identifying information from a government-issued or other form of identification, such as a driver's license, to the Retailer. The Retailer forwards to The Retail Equation the receipt information or other identifying information along with data for the return, and The Retail Equation adds the identifying and return transaction information to the return history for the consumer. The Retail Equation then reviews the consumer's return history and, based on the Retailer's criteria, makes a recommendation about the return.

Retailers are required to conduct their own checks to verify the accuracy of the Personal Data used in the return authorization recommendation from The Retail Equation, and are prohibited from using the recommendation we provide as the sole basis of any decision making that may affect individual consumers. Retailers' privacy notices and policies will tell you more about how they use personal information, including information regarding the Services they use.

The Retail Equation is **not** a consumer reporting agency, but nonetheless believes in the principles of openness and accuracy embodied in the Fair Credit Reporting Act and attempts to provide privacy protections and assure the accuracy of your information to the extent possible. See our Consumer Privacy Policy for more information.

## Types of Personal Information Processed

The Personal Data we process on behalf of one or more Retailers is aggregated from transaction records, and may include, but is not limited to, the following:

- Full name
- Residential Address
- Telephone Number
- Date of Birth
- Driver's License Information
- Alternative ID information, as necessary
- E-mail Address
- Reported allegations of fraud, theft, and similar criminal activities

## Information Recipients and Accountability

The Retail Equation is absolutely committed to protecting the confidentiality of your Personal Data, including your history of purchases and returns contained in your Return Activity Report. We never share your personally identifiable Personal Data with anyone else unless absolutely necessary to perform the Services or to comply with our legal obligations, as described below.

The Retail Equation limits access to Personal Data to employees, contractors, and Retailers of The Retail Equation who require the information to fulfill their business responsibilities. The Retail Equation employees are instructed to access Personal Data only to fulfill their job duties, and to the extent necessary to fulfill a request you have submitted via our website, or for customer support, marketing, technical operations and account management purposes. Employees who violate these policies may be subject to disciplinary action, up to and including termination. The Retail Equation requires outside vendors and contractors to comply with contractual requirements to safeguard any nonpublic personal information.

We also may disclose your Personal Data if we have a good faith belief that such disclosure is necessary to:

- meet any applicable law, regulation, legal process or other legal obligation;



- detect, investigate and help prevent security, fraud or technical issues;
- protect the rights, property or safety of The Retail Equation and our affiliates, our users, employees or others; and
- as part of a corporate transaction, such as a transfer of assets to or an acquisition by or merger with another company.

## Data Retention

Where The Retail Equation processes your Personal Data, the applicable retention period is determined by contract with Retailers. We will only retain your Personal Data as long as it is needed to provide the Services and fulfill the transactions Retailers have requested, or for other essential purposes such as complying with our legal obligations, maintaining business and financial records, resolving disputes, maintaining security, detecting and preventing fraud and abuse, and enforcing our agreements.

## Data Privacy and Security

The Retail Equation implements a variety of data privacy and security measures, including organizational, technical, and physical measures, which are designed to protect the integrity, confidentiality, and availability of Personal Data. While we follow generally accepted standards to protect Personal Data, no method of storage or transmission can be totally secure. You are solely responsible for protecting your password, limiting access to your computer and mobile devices, and signing out of websites, apps, and mobile platforms after your sessions.

## Changes to Processing Notice

We will update this Processing Notice from time to time to reflect changes in our practices, technology, legal requirements, and other factors. If we do, we will post the revised version here with an updated revision date. We encourage you to periodically review this Processing Notice to stay informed about our collection, processing and sharing of your Personal Data.

## Contact Us

You may dispute the accuracy or completeness of any information contained in your Return Activity Report. To do so, please submit a written request to us and reference the transaction number for the return(s) you wish to dispute as listed in your Return Activity Report. Please mail your request to the following address:

The Retail Equation/RAR
Attn: RAR Administrator
P.O. Box 51373
Irvine, CA 92619-1373, USA

You may also contact our Customer Service toll free at 1-800-652-2331, visit our website at www.theretailequation.com, or send an e-mail to returnactivityreport@theretailequation.com.

Additionally, if you have questions regarding this Processing Notice or our privacy or processing practices, please contact us at Info@TheRetailEquation.com or write to us at the mailing address above.

The Retail Equation is a division of Appriss Inc., a Delaware corporation with headquarters in Louisville, Kentucky. Our company is absolutely committed to working with you to obtain a fair resolution of any complaint or concern about privacy.



English    Español    Français
Answers to frequently asked questions

### Return fraud and abuse costs U.S. retailers $18+ billion annually

The Retail Equation works with retailers to warn consumers when their return transactions violate store policies or mimic excessive return behaviors. Sometimes the transaction is stopped.





Was your return warned or denied? Here's what to do.

STEP ONE
### CALL US

Call us at the phone number on your receipt – please be prepared to provide your transaction ID, ID number, full name, address, and phone number.

If you are in the U.S. or Canada and don't have your receipt, or if you simply want a copy of your Return Activity Report (RAR), email us at: returnactivityreport@theretailequation.com. To ensure your privacy, please include your name and a phone number where we can reach you. Do not include your ID number. Alternatively, you may mail your request to: The Retail Equation, P.O. Box 51373, Irvine CA 92619-1373, United States.

If you are in the U.K. and don't have your receipt, or if you simply want a copy of your Return Activity Report (RAR), email us at: returnactivityreport@theretailequation.com. To ensure your privacy, please include your name and a phone number where we can reach you. Alternatively, you may mail your request to: The Retail Equation, Box 112, 155 Minories, London, EC3N 1AD, United Kingdom.





STEP TWO
### GET YOUR REPORT

We'll send you a copy of your Return Activity Report via email or postal mail.

STEP THREE
### REVIEW YOUR RETURNS

Returns are accepted or denied based on violations of posted retailer return polices, excessive returns, or potential fraud and abuse patterns in your return behavior.

If you find anything on your Return Activity Report that doesn't look right, you can ask us to review the information with the retailer by simply sending us the details in a letter by mail. The description for how to do this is included in your RAR. We'll promptly review the information you send us.



VISIT OUR FAQ PAGE FOR FURTHER DETAILS



PRIVACY POLICIES    TERMS AND CONDITIONS                    © 2020 The Retail Equation

**ROUTING SHEET TO POST REGISTRATION (PRU)**

**Registration Number:**    3974856



**Serial Number:**    77320277

**RAM Sale Number:  3974856**

**RAM Accounting Date:  20200624**

**Total Fees:**        $850

Note:  Process in accordance with Post Registration Standard Operating Procedure (SOP)

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Number of Classes Paid | Total Fee |
|---|---|---|---|---|---|---|
| §8 affidavit | 7205 | 20200624 | $125 | 3 | 2 | $250 |
| Application for Renewal (§9) | 7201 | 20200624 | $300 | 3 | 2 | $600 |

Physical Location:      - UNKNOWN

Lost Case Flag: False

In TICRS (AM-FLG-IN-TICRS): True

**Transaction Date:**    20200624

