TROUTMAN PEPPER HAMILTON SANDERS LLP
Ronald I. Raether, Bar No. 303118
ron.raether@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700

Attorneys for Defendant
The Retail Equation, Inc.
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| Shadi Hayden, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>The Retail Equation, Inc., et al.,<br><br>Defendants. | Case No.  8:20-cv-01203-DOC-DFM<br><br>**Notice of Motion and Joinder in Retail Defendants' Motion to Strike and Dismiss Third Amended Complaint**<br><br>Date:      October 17, 2022<br>Time:      8:30 a.m.<br>Place:     Courtroom 10A<br><br>Complaint Filed: July 7, 2020<br>FAC Filed: August 3, 2020<br>SAC Filed: July 27, 2021<br>TAC Filed: August 5, 2022<br>Trial Date: None set |

## <u>NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 17, 2022, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the above-entitled Court, located at Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 10A, Santa Ana, California, 92701, Defendant The Retail Equation, Inc. ("TRE"), by and through its attorneys of record, will and hereby does move for an order striking or, alternatively, dismissing with prejudice certain

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY  10022

allegations in the Third Amended Complaint, Dkt. No. 455, filed by Plaintiffs Shadi Hayden, Eric Gilbert, Jacqueline Smith, Carol Julian-Moye, Christine Alire, Jerry Ho, Sylvia Padro, Sowbhagia Naidu, Alexandra Solorzano, Traci Duncan White, Mayce Al Kuraishi and Stephanie Chapa ("Plaintiffs").  Specifically, TRE moves pursuant to Rule 12(f) or, alternatively, 12(b)(6) of the Federal Rules of Civil Procedure to strike or, alternatively, dismiss Plaintiffs' allegations of restitution (and any other equitable monetary relief).

This Motion and Joinder is based upon the Retail Defendants' Motion to Strike and Dismiss Third Amended Complaint and accompanying Memorandum of Points and Authorities, Dkt. No. 460, records on file in this action, and such other evidence and argument as may be presented to the Court at or before the hearing on the Motion.

This Motion is made following conferences of counsel pursuant to L.R. 7-3, which took place on August 12, 2022 and August 19, 2022.

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

TRE'S MOTION TO STRIKE AND DISMISS AND JOINDER IN RETAIL DEFENDANTS' MOTION

Dated:    August 26, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

Cindy Hanson (*Pro Hac Vice*)
Cindy.hanson@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
404.885.3000

Julie D. Hoffmeister (*Pro Hac Vice*)
Julie.hoffmeister@troutman.com
1001 Haxall Point
Richmond, VA 23219
804.697.1448

Attorneys for Defendant
The Retail Equation, Inc.

TRE'S MOTION TO STRIKE AND DISMISS AND JOINDER IN RETAIL DEFENDANTS' MOTION

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF MOTION AND MOTION TO STRIKE AND DISMISS

PLEASE TAKE NOTICE that, in order to streamline and minimize duplicative briefing, Defendant TRE hereby joins in, refers to, and incorporates by reference the arguments in the Retail Defendants' Motion to Strike and Dismiss Third Amended Complaint and accompanying Memorandum of Points and Authorities relating to striking or, alternatively, dismissing Plaintiffs' allegations of restitution (and other equitable monetary relief).  *See* Dkt. No. 460.

As explained in the Retail Defendants' Memorandum of Points and Authorities ("M&A"), Plaintiffs' allegations relating to restitution associated with their California Unfair Competition Law claim should be stricken as they exceed the scope of the amendment permitted by Court's July 22, 2022 Order.  *See* M&A at 5–8.  Alternatively, Plaintiffs' allegations of restitution should be dismissed with prejudice because Plaintiffs have an adequate remedy at law.  *See* M&A at 9.[1]

For the reasons stated in the Retail Defendants' Motion to Strike and Dismiss Third Amended Complaint and accompanying Memorandum of Points and Authorities, see Dkt. No. 460 at 5–9, TRE respectfully requests that the Court strike Plaintiffs' allegations relating to restitution or, alternatively, dismiss those allegations with prejudice.

---

[1]  This Motion and Joinder is limited only to the Retail Defendants' arguments concerning Plaintiffs' allegations of restitution.  TRE does not join in the Retail Defendants' standing arguments at this stage of the litigation.  TRE reserves its right to answer all remaining claims in Plaintiffs' Third Amended Complaint pending ruling on this Motion.  See Fed. R. Civ. P. 12(a)(4) ("serving a motion under this rule alters these period as follows: . . . if the court denies the motion . . ., the responsive pleading must be served within 14 days after notice of the court's action"); *Morton v. Twitter, Inc.,* No. 20-10434-GW-JEM, 2021 U.S. Dist. LEXIS 66897, at *3 (C.D. Cal. Feb. 19, 2021) ("Under the federal rules, if a defendant files a motion pursuant to Rule 12, the time to file an answer is extended.  This is true even if the motion addresses only some of the claims in the complaint.") (citation and internal quotation marks omitted).

TRE'S MOTION TO STRIKE AND DISMISS AND JOINDER IN RETAIL DEFENDANTS' MOTION

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

Dated:     August 26, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP


By: */s/ Ronald I. Raether, Jr.*
     Ronald I. Raether, Jr.

Cindy Hanson (*Pro Hac Vice*)
Cindy.hanson@troutman.com
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
404.885.3000

Julie D. Hoffmeister (*Pro Hac Vice*)
Julie.hoffmeister@troutman.com
1001 Haxall Point
Richmond, VA 23219
804.697.1448

Attorneys for Defendant
The Retail Equation, Inc.

TROUTMAN PEPPER HAMILTON SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

TRE'S MOTION TO STRIKE AND DISMISS AND JOINDER IN RETAIL DEFENDANTS' MOTION