1   JULIA E. ROMANO (CA Bar No. 260857)
2   **KING & SPALDING LLP**
3   633 West Fifth Street, Suite 1600
    Los Angeles, CA  90071
4   Telephone: 213-218-4014
    Facsimile: 213-443-4310
5   Email: jromano@@kslaw.com

6
7   S. STEWART HASKINS II (*pro hac vice*)
    ELIZABETH ADLER (*pro hac vice*)
8   MISTY L. PETERSON (*pro hac vice*)
    MANDI GOODMAN (*pro hac vice*)
9   **KING & SPALDING LLP**
10  1180 Peachtree Street NE, Suite 1600
    Atlanta, GA 30309
11  Telephone: (404) 572-4600
    Facsimile: (404) 572-5100
12  Email:      shaskins@kslaw.com
13              eadler@kslaw.com
                mpeterson@kslaw.com
14              mgoodman@kslaw.com
15
16  *Attorneys for Defendant The Home Depot, Inc.*
17
              **UNITED STATES DISTRICT COURT**
18
        **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**
19
20  SHADI HAYDEN *et al.*                    Case No.: 8:20-cv-01203-DOC-DFMx
                                             *[Assigned to Hon. David O. Carter]*
21          Plaintiffs,
                                             **DEFENDANT THE HOME DEPOT,**
22      v.                                   **INC.'S ANSWER TO PLAINTIFFS'**
                                             **THIRD AMENDED COMPLAINT**
23  THE RETAIL EQUATION, INC. *et al.*,
                                             **DEMAND FOR JURY TRIAL**
24          Defendants.
25                                           Third Amended Complaint Filed: August
                                             5, 2022
26
27
28

_____
DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

Defendant THE HOME DEPOT, INC.[1] ("**Defendant**" or "**Home Depot**") hereby submits the following answer and defenses to Plaintiffs' Third Amended Complaint (the "**Complaint**"), ECF No. 455. Any allegations that are not specifically admitted herein are denied, including, without limitation, any allegations contained in the headings and unnumbered paragraphs in the Complaint.

## **GENERAL DENIAL**

Home Depot generally denies any allegation of unlawful conduct. Home Depot further denies that Plaintiffs have suffered, or will suffer, any injury or damages, costs or expenses, including attorneys' fees, in the manner or sum alleged, or in any manner or sum whatsoever, by reason of any act, breach or omission of Home Depot or its predecessors, successors, agents, employees or representatives.

Home Depot answers the allegations in the numbered paragraphs in the Complaint as follows:

## **ANSWER TO COMPLAINT'S INDIVIDUALLY NUMBERED PARAGRAPHS**

1.    **ANSWER**: Home Depot denies the allegations of Paragraph 1 of the Complaint to the extent that they are directed to Home Depot. As to all remaining allegations set forth in Paragraph 1, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

2.    **ANSWER**: Home Depot denies the allegations of Paragraph 2 of the Complaint to the extent that they are directed to Home Depot. As to all remaining allegations set forth in Paragraph 2, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions or other conduct with Plaintiffs. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

3.      **ANSWER**: Home Depot denies the allegations of Paragraph 3 of the Complaint to the extent that they are directed to Home Depot.  As to all remaining allegations set forth in Paragraph 3, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

4.      **ANSWER**: Answering Paragraph 4 of the Complaint, Home Depot admits that it has a contractual relationship with TRE.  As to all remaining allegations set forth in Paragraph 4, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

5.      **ANSWER**: Home Depot denies the allegations in Paragraph 5 of the Complaint.

6.      **ANSWER**: Answering Paragraph 6 of the Complaint, Home Depot admits that Plaintiffs attempt to bring this action as a class action but denies that this case meets the requirements for class certification.  Home Depot further denies that Plaintiffs bring claims for violations of California's Unfair Competition Law because the Court dismissed those claims with prejudice (ECF No. 184).  Home Depot further states that Paragraph 6 does not contain factual allegations to which an answer is required.  To the extent that Paragraph 6 is construed to contain factual allegations that require a response, the allegations are denied.

7.      **ANSWER**: Answering Paragraph 7 of the Complaint, Home Depot admits that this Court has subject matter jurisdiction over this action under the Class Action Fairness Act of 2005 (CAFA). 28 U.S.C. § 1332(d)(2).  Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate. Home Depot denies the remaining allegations in Paragraph 7 of the Complaint.

8.      **ANSWER**: Answering Paragraph 8 of the Complaint, Home Depot admits that it is authorized to do business in California and conducts business there.  Home Depot denies that the Court has personal jurisdiction over out-of-state unnamed putative

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

class members. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 8, and therefore denies them on that ground.

9.      **ANSWER**: Answering Paragraph 9 of the Complaint, Home Depot admits that venue is proper in the United States District Court for the Central District of California, Southern Division, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 9, and therefore denies them on that ground.

<u>**Retail Defendants**</u>

10.     **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10, and therefore denies them on that ground.

11.     **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11, and therefore denies them on that ground.

12.     **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12, and therefore denies them on that ground.

13.     **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13, and therefore denies them on that ground.

14.     **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14, and therefore denies them on that ground.

15.     **ANSWER**: Home Depot admits the allegations in Paragraph 15 of the Complaint.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

16.   **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and therefore denies them on that ground.

**The Retail Equation**

17.   **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and therefore denies them on that ground.

18.   **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and therefore denies them on that ground.

19.   **ANSWER**: Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and therefore denies them on that ground.

**Defendants' Data Collection, Sharing and Use**

20.   **ANSWER**: Answering Paragraph 20 of the Complaint, Paragraph 20 does not request a response from Home Depot. To the extent a response is required, Home Depot admits that it contracted with TRE as a service provider for TRE to perform certain services, including identifying and preventing fraud, consistent with its privacy policy. Except as expressly admitted herein, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations therein, and therefore denies them on that ground.

21.   **ANSWER**: Answering Paragraph 21 of the Complaint, Home Depot denies the allegations in the first sentence of Paragraph 21.  As to the second sentence in Paragraph 21, Home Depot admits that it may collect certain data at the point of sale and points of return and exchange in sales transactions (as well as through certain interactions with its website) and that it may provide some of that information to TRE, consistent with its privacy policy. Except as expressly admitted, Home Depot denies all remaining allegations in the second sentence of Paragraph 21. As to the final sentence,

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

Home Depot admits that Complaint purports to define the "Consumer Commercial Activity Data" and "Consumer ID Data" but denies all remaining allegations in that sentence. Except as expressly admitted herein, Home Depot denies the allegations in Paragraph 21 of the Complaint.

22. **ANSWER**: Answering Paragraph 22 of the Complaint, Home Depot admits that it may collect certain types of data, including purchase data and transaction value, and share that data with TRE, consistent with its privacy policy. Except as specifically admitted, Home Depot denies all other allegations in Paragraph 22 as they relate to Home Depot. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 22, and therefore denies them on that ground.

23. **ANSWER**: Answering Paragraph 23 of the Complaint, Home Depot admits that it may collect certain consumer information, such as government-issued identification number and identification type, and provide that information to TRE, as service provider, consistent with its privacy policy. Except as specifically admitted, Home Depot denies all other allegations in Paragraph 23 as they relate to Home Depot. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 23, and therefore denies them on that ground.

24. **ANSWER**: Answering Paragraph 24 of the Complaint, Home Depot admits that it may collect a consumer's information in a non-anonymized, individual data set. The data that Home Depot shares with TRE as part of its contracted for services is encrypted. Except as specifically admitted, Home Depot denies all other allegations in Paragraph 24 as they relate to Home Depot. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 24, and therefore denies them on that ground.

25. **ANSWER**: Home Depot denies the allegations in Paragraph 25 as they pertain to Home Depot. Home Depot lacks knowledge or information sufficient to form

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

a belief about the truth of the remaining allegations in Paragraph 24, and therefore denies them on that ground.

26.    **ANSWER:** To the extent a response is required, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and therefore denies them on that ground.

27.    **ANSWER:** Answering Paragraph 27 of the Complaint, Paragraph 27 does not request a response from Home Depot. To the extent a response is required, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and therefore denies them on that ground.

28.    **ANSWER:** To the extent a response is required, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28 and therefore denies them on that ground.

### Attempted Return or Exchange Process

29.    **ANSWER:** Home Depot admits that purchases from Home Depot are subject to Home Depot's Return Policy, which speaks for itself.  Home Depot denies the remaining allegations of Paragraph 29 of the Complaint to the extent that they are directed to Home Depot.  As to all remaining allegations set forth in Paragraph 29, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

30.    **ANSWER:** Answering Paragraph 30 of the Complaint, Home Depot admits that sometimes when a consumer attempts to make a return or exchange, Home Depot may request and scan a consumer's driver's license or other government-issued ID and the store receipt, consistent with its return policy. Except as specifically admitted, Home Depot denies the allegations of Paragraph 30 as they relate to Home Depot.   Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 30, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

31.    **ANSWER:** Home Depot denies the allegations of Paragraph 31 of the Complaint to the extent that they are directed to Home Depot. As to all remaining allegations set forth in Paragraph 31, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

32.    **ANSWER:** Home Depot denies the allegations of Paragraph 32 of the Complaint to the extent that they are directed to Home Depot. As to all remaining allegations set forth in Paragraph 32, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

33.    **ANSWER:** Home Depot denies the allegations in Paragraph 33 as they pertain to Home Depot. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations therein, and therefore denies them on that ground.

34.    **ANSWER:** Home Depot denies the allegations in the first sentence of Paragraph 34. Home Depot lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in Paragraph 34, and therefore denies them on that ground.

35.    **ANSWER:** Home Depot denies the allegations in Paragraph 35 as they relate to Home Depot. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 35, and therefore denies them on that ground.

36.    **ANSWER:** Home Depot denies the allegations in Paragraph 36 of the Complaint.

37.    **ANSWER:** Answering Paragraph 37 of the Complaint, Home Depot admits, upon information and belief, that a complaint was filed against Best Buy regarding its return policy. As to all remaining allegations, Home Depot lacks

knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

### **Plaintiff Hayden**

38.    **ANSWER:** Answering Paragraph 38 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

39.    **ANSWER:** Answering Paragraph 39 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

40.    **ANSWER:** Answering Paragraph 40 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

41.    **ANSWER:** Answering Paragraph 41 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

42.    **ANSWER:** Answering Paragraph 42 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

43.    **ANSWER:** Answering Paragraph 43 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

44.    **ANSWER:** Answering Paragraph 44 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

45.    **ANSWER:** Answering Paragraph 45 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

46.    **ANSWER:** Answering Paragraph 46 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

47.    **ANSWER:** Answering Paragraph 47 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

48.    **ANSWER:** Answering Paragraph 48 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

49.    **ANSWER:** Answering Paragraph 49 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

50.    **ANSWER:** Answering Paragraph 50 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

### **Plaintiff Gilbert[2]**

51.    **ANSWER:** Answering Paragraph 51 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegation that Plaintiff Gilbert is a resident of Boca Raton, Florida and therefore denies the allegation on that ground.

52.    **ANSWER:** Answering Paragraph 52 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

53.    **ANSWER:** Answering Paragraph 53 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

---

[2] Plaintiff Gilbert's claims were dismissed with prejudice on November 28, 2022 (ECF No. 474).

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

54.    **ANSWER:** Answering Paragraph 54 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

55.    **ANSWER:** Answering Paragraph 55 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

56.    **ANSWER:** Answering Paragraph 56 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

57.    **ANSWER:** Answering Paragraph 57 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

58.    **ANSWER:** Answering Paragraph 58 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

59.    **ANSWER:** Answering Paragraph 59 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

60.    **ANSWER:** Answering Paragraph 60 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

61.    **ANSWER:** Answering Paragraph 61 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

62.    **ANSWER:** Answering Paragraph 62 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

1

**Plaintiff Smith**

2    63.    **ANSWER:** Answering Paragraph 63 of the Complaint, Home Depot lacks

3    knowledge or information sufficient to form a belief about the truth of the allegations

4    therein, and therefore denies them on that ground.

5    64.    **ANSWER:** Answering Paragraph 64 of the Complaint, Home Depot lacks

6    knowledge or information sufficient to form a belief about the truth of the allegations

7    therein, and therefore denies them on that ground.[3]

8    65.    **ANSWER:** Answering Paragraph 65 of the Complaint, Home Depot lacks

9    knowledge or information sufficient to form a belief about the truth of the allegations

10    therein, and therefore denies them on that ground.

11    66.    **ANSWER:** Answering Paragraph 66 of the Complaint, Home Depot lacks

12    knowledge or information sufficient to form a belief about the truth of the allegations

13    therein, and therefore denies them on that ground.

14    67.    **ANSWER:** Answering Paragraph 67 of the Complaint, Home Depot lacks

15    knowledge or information sufficient to form a belief about the truth of the allegations

16    therein, and therefore denies them on that ground.

17    68.    **ANSWER:** Answering Paragraph 68 of the Complaint, Home Depot lacks

18    knowledge or information sufficient to form a belief about the truth of the allegations

19    therein, and therefore denies them on that ground.

20    69.    **ANSWER:** Answering Paragraph 69 of the Complaint, Home Depot lacks

21    knowledge or information sufficient to form a belief about the truth of the allegations

22    therein, and therefore denies them on that ground.

23    70.    **ANSWER:** Answering Paragraph 70 of the Complaint, Home Depot lacks

24    knowledge or information sufficient to form a belief about the truth of the allegations

25    therein, and therefore denies them on that ground.

26

27

28    [3] Bath & Body Works was dismissed from this action with prejudice on September 12, 2022 (ECF No. 464).

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

71. **ANSWER:** Answering Paragraph 71 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

72. **ANSWER:** Answering Paragraph 72 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

73. **ANSWER:** Answering Paragraph 73 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

74. **ANSWER:** Answering Paragraph 74 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

<u>**Plaintiff Julian-Moye**</u>

75. **ANSWER:** Answering Paragraph 75 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

76. **ANSWER:** Answering Paragraph 76 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.[4]

77. **ANSWER:** Answering Paragraph 77 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

78. **ANSWER:** Answering Paragraph 78 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

---

[4] Home Depot notes that Plaintiffs voluntarily dismissed Stein Mart, Inc. from this suit on January 28, 2022 (ECF No. 387).

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

79. **ANSWER:** Answering Paragraph 79 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

80. **ANSWER:** Answering Paragraph 80 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

81. **ANSWER:** Answering Paragraph 81 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

82. **ANSWER:** Answering Paragraph 82 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

83. **ANSWER:** Answering Paragraph 83 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

84. **ANSWER:** Answering Paragraph 84 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

85. **ANSWER:** Answering Paragraph 85 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

86. **ANSWER:** Answering Paragraph 86 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

### **Plaintiff Alire**

87. **ANSWER:** Answering Paragraph 87 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

13

88.     **ANSWER:** Answering Paragraph 88 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

89.     **ANSWER:** Answering Paragraph 89 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

90.     **ANSWER:** Answering Paragraph 90 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

91.     **ANSWER:** Answering Paragraph 91 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

92.     **ANSWER:** Answering Paragraph 92 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

93.     **ANSWER:** Answering Paragraph 93 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

94.     **ANSWER:** Answering Paragraph 94 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

95.     **ANSWER:** Answering Paragraph 95 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

96.     **ANSWER:** Answering Paragraph 96 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

97.    **ANSWER:** Answering Paragraph 97 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

98.    **ANSWER:** Answering Paragraph 98 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

## **Plaintiff Ho**

99.    **ANSWER:** Answering Paragraph 99 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

100.    **ANSWER:** Answering Paragraph 100 of the Complaint, Home Depot admits that, on or about May 28, 2020, Plaintiff Ho attempted to return or exchange merchandise at a Home Depot location in California. Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 100, and therefore denies them on that ground.

101.    **ANSWER:** Answering Paragraph 101 of the Complaint, Home Depot admits that Plaintiff Ho provided his driver's license when attempting to return the product. Home Depot admits that it collected certain information from Plaintiff Ho's driver's license at some point, along with information regarding the product Plaintiff Ho sought to return or exchange on or about May 28, 2020. Except as specifically admitted, Home Depot denies the allegations of Paragraph 101.

102.    **ANSWER:** Answering Paragraph 102 of the Complaint, Home Depot admits that it transferred to TRE certain identification and transactional data pertaining to Plaintiff Ho's attempted return or exchange.  Except as specifically admitted, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 102, and therefore denies them on that ground.

103.    **ANSWER:** Home Depot denies the allegations in Paragraph 103 of the Complaint.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

104.   **ANSWER:** Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 104 of the Complaint, and therefore denies the allegations on that ground.

105.   **ANSWER:** Home Depot denies the allegations in Paragraph 105 of the Complaint.

106.   **ANSWER:** Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 106 of the Complaint, and therefore denies the allegations on that ground.

107.   **ANSWER:** Answering Paragraph 107 of the Complaint, Home Depot admits that TRE communicated to Home Depot on or about May 28, 2020 that Plaintiff Ho's return was to be declined.  Except as specifically admitted, Home Depot denies all other allegations in Paragraph 107 as they relate to Home Depot.  Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 107, and therefore denies them on that ground.

108.   **ANSWER:** Answering Paragraph 108 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108, and therefore denies them on that ground.

109.   **ANSWER:** Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109 of the Complaint, and therefore denies them on that ground.

110.   **ANSWER:** Answering Paragraph 110 of the Complaint, Home Depot admits that Plaintiff Ho did not complete a return or exchange of items to Home Depot on or about May 28, 2020.  Except as specifically admitted, Home Depot denies all other allegations in Paragraph 110 as they relate to Home Depot.   Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 110, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

**Plaintiff Padro**

111.  **ANSWER:** Answering Paragraph 111 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

112.  **ANSWER:** Answering Paragraph 112 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

113.  **ANSWER:** Answering Paragraph 113 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

114.  **ANSWER:** Answering Paragraph 114 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

115.  **ANSWER:** Answering Paragraph 115 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

116.  **ANSWER:** Answering Paragraph 116 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

117.  **ANSWER:** Answering Paragraph 117 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

118.  **ANSWER:** Answering Paragraph 118 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

119.  **ANSWER:** Answering Paragraph 119 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

120. **ANSWER:** Answering Paragraph 120 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

121. **ANSWER:** Answering Paragraph 121 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

122. **ANSWER:** Answering Paragraph 122 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

123. **ANSWER:** Answering Paragraph 123 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

**Plaintiff Naidu**

124. **ANSWER:** Answering Paragraph 124 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

125. **ANSWER:** Answering Paragraph 125 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

126. **ANSWER:** Answering Paragraph 126 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

127. **ANSWER:** Answering Paragraph 127 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

128. **ANSWER:** Answering Paragraph 128 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

1    129.   **ANSWER:** Answering Paragraph 129 of the Complaint, Home Depot
2    lacks knowledge or information sufficient to form a belief about the truth of the
3    allegations therein, and therefore denies them on that ground.

4    130.   **ANSWER:** Answering Paragraph 130 of the Complaint, Home Depot
5    lacks knowledge or information sufficient to form a belief about the truth of the
6    allegations therein, and therefore denies them on that ground.

7    131.   **ANSWER:** Answering Paragraph 131 of the Complaint, Home Depot
8    lacks knowledge or information sufficient to form a belief about the truth of the
9    allegations therein, and therefore denies them on that ground.

10    132.   **ANSWER:** Answering Paragraph 132 of the Complaint, Home Depot
11    lacks knowledge or information sufficient to form a belief about the truth of the
12    allegations therein, and therefore denies them on that ground.

13    133.   **ANSWER:** Answering Paragraph 133 of the Complaint, Home Depot
14    lacks knowledge or information sufficient to form a belief about the truth of the
15    allegations therein, and therefore denies them on that ground.

16    134.   **ANSWER:** Answering Paragraph 134 of the Complaint, Home Depot
17    lacks knowledge or information sufficient to form a belief about the truth of the
18    allegations therein, and therefore denies them on that ground.

19    135.   **ANSWER:** Answering Paragraph 135 of the Complaint, Home Depot
20    lacks knowledge or information sufficient to form a belief about the truth of the
21    allegations therein, and therefore denies them on that ground.

22    136.   **ANSWER:** Answering Paragraph 136 of the Complaint, Home Depot
23    lacks knowledge or information sufficient to form a belief about the truth of the
24    allegations therein, and therefore denies them on that ground.

25    **Plaintiff Solorzano**

26    137.   **ANSWER:** Answering Paragraph 137 of the Complaint, Home Depot
27    lacks knowledge or information sufficient to form a belief about the truth of the
28    allegations therein, and therefore denies them on that ground.

19

138. **ANSWER:** Answering Paragraph 138 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.[5]

139. **ANSWER:** Answering Paragraph 139 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

140. **ANSWER:** Answering Paragraph 140 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

141. **ANSWER:** Answering Paragraph 141 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

142. **ANSWER:** Answering Paragraph 142 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

143. **ANSWER:** Answering Paragraph 143 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

144. **ANSWER:** Answering Paragraph 144 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

145. **ANSWER:** Answering Paragraph 145 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

---

[5] Bath & Body Works was dismissed from this action with prejudice on September 12, 2022 (ECF No. 464).

146. **ANSWER:** Answering Paragraph 146 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

147. **ANSWER:** Answering Paragraph 147 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

148. **ANSWER:** Answering Paragraph 148 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

149. **ANSWER:** Answering Paragraph 149 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

### **Plaintiff White**

150. **ANSWER:** Answering Paragraph 150 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

151. **ANSWER:** Answering Paragraph 151 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

152. **ANSWER:** Answering Paragraph 152 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

153. **ANSWER:** Answering Paragraph 153 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

154. **ANSWER:** Answering Paragraph 154 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

155. **ANSWER:** Answering Paragraph 155 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

156. **ANSWER:** Answering Paragraph 156 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

157. **ANSWER:** Answering Paragraph 157 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

158. **ANSWER:** Answering Paragraph 158 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

159. **ANSWER:** Answering Paragraph 159 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

160. **ANSWER:** Answering Paragraph 160 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

161. **ANSWER:** Answering Paragraph 161 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

162. **ANSWER:** Answering Paragraph 162 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

### **Plaintiff Al Kuraishi**

163. **ANSWER:** Answering Paragraph 163 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

164.  **ANSWER:** Answering Paragraph 164 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

165.  **ANSWER:** Answering Paragraph 165 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

166.  **ANSWER:** Answering Paragraph 166 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

167.  **ANSWER:** Answering Paragraph 167 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

168.  **ANSWER:** Answering Paragraph 168 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

169.  **ANSWER:** Answering Paragraph 169 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

170.  **ANSWER:** Answering Paragraph 170 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

171.  **ANSWER:** Answering Paragraph 171 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

172.  **ANSWER:** Answering Paragraph 172 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

1   173.  **ANSWER:** Answering Paragraph 173 of the Complaint, Home Depot
2   lacks knowledge or information sufficient to form a belief about the truth of the
3   allegations therein, and therefore denies them on that ground.

4   174.  **ANSWER:** Answering Paragraph 174 of the Complaint, Home Depot
5   lacks knowledge or information sufficient to form a belief about the truth of the
6   allegations therein, and therefore denies them on that ground.

7   175.  **ANSWER:** Answering Paragraph 175 of the Complaint, Home Depot
8   lacks knowledge or information sufficient to form a belief about the truth of the
9   allegations therein, and therefore denies them on that ground.

10                              **<u>Plaintiff Chapa</u>**

11   176.  **ANSWER:** Answering Paragraph 176 of the Complaint, Home Depot
12   lacks knowledge or information sufficient to form a belief about the truth of the
13   allegations therein, and therefore denies them on that ground.

14   177.  **ANSWER:** Answering Paragraph 177 of the Complaint, Home Depot
15   lacks knowledge or information sufficient to form a belief about the truth of the
16   allegations therein, and therefore denies them on that ground.

17   178.  **ANSWER:** Answering Paragraph 178 of the Complaint, Home Depot
18   lacks knowledge or information sufficient to form a belief about the truth of the
19   allegations therein, and therefore denies them on that ground.

20   179.  **ANSWER:** Answering Paragraph 179 of the Complaint, Home Depot
21   lacks knowledge or information sufficient to form a belief about the truth of the
22   allegations therein, and therefore denies them on that ground.

23   180.  **ANSWER:** Answering Paragraph 180 of the Complaint, Home Depot
24   lacks knowledge or information sufficient to form a belief about the truth of the
25   allegations therein, and therefore denies them on that ground.

26   181.  **ANSWER:** Answering Paragraph 181 of the Complaint, Home Depot
27   lacks knowledge or information sufficient to form a belief about the truth of the
28   allegations therein, and therefore denies them on that ground.

182.    **ANSWER:** Answering Paragraph 182 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

183.    **ANSWER:** Answering Paragraph 183 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

184.    **ANSWER:** Answering Paragraph 184 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

185.    **ANSWER:** Answering Paragraph 185 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

186.    **ANSWER:** Answering Paragraph 186 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

187.    **ANSWER:** Answering Paragraph 187 of the Complaint, Home Depot lacks knowledge or information sufficient to form a belief about the truth of the allegations therein, and therefore denies them on that ground.

## <u>CLASS ACTION ALLEGATIONS</u>

188.    **ANSWER:** Answering Paragraph 188 of the Complaint, Home Depot admits that Plaintiffs purport to bring a claim pursuant to Federal Rule of Civil Procedure 23 on behalf of the proposed class as defined in Paragraph 189 of the Complaint but denies that this case meets the requirements for class certification. Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate. Home Depot denies the remaining allegations in Paragraph 188 of the Complaint.

189.    **ANSWER:** Answering Paragraph 189 of the Complaint, Home Depot admits that Plaintiffs purport to bring a claim pursuant to Federal Rule of Civil

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

Procedure 23 on behalf of the proposed class as defined in Paragraph 189 of the Complaint but denies that this case meets the requirements for class certification. Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate. Home Depot denies the remaining allegations in Paragraph 189 of the Complaint.

190.  **ANSWER:** Answering Paragraph 190 of the Complaint, this Paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 190 is construed to contain factual allegations that require a response, the allegations are denied.

191.  **ANSWER:** Answering Paragraph 191 of the Complaint, this Paragraph does not contain factual allegations to which an answer is required.  To the extent Paragraph 191 is construed to contain factual allegations that require a response, the allegations are denied.  Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and therefore denies that Plaintiffs could satisfy the requirements of Rule 23.

192.  **ANSWER:** Answering Paragraph 192 of the Complaint, this Paragraph does not contain factual allegations to which an answer is required. In addition, pursuant to the Court's Order of March 2, 2023 striking Plaintiffs' claims for equitable relief and dismissing Plaintiffs' Unfair Competition Law (UCL) claim ("Dismissal Order"), the allegations in subparagraph g. of this Paragraph have been dismissed and do not require any response. To the extent Paragraph 192 is construed to contain factual allegations that require a response, the allegations are denied.  Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and therefore denies that Plaintiffs could satisfy the requirements of Rule 23.

193.  **ANSWER:** Answering Paragraph 193 of the Complaint, this Paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 193 is construed to contain factual allegations that require a response, the

allegations are denied. Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and therefore denies that Plaintiffs could satisfy the requirements of Rule 23.

194. **ANSWER:** Answering Paragraph 194 of the Complaint, this Paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 194 is construed to contain factual allegations that require a response, the allegations are denied. Home Depot specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and therefore denies that Plaintiffs could satisfy the requirements of Rule 23.

195. **ANSWER:** Home Depot denies the allegations in Paragraph 195 of the Complaint.

196. **ANSWER:** Home Depot denies the allegations in Paragraph 196 of the Complaint.

197. **ANSWER:** Home Depot denies the allegations in Paragraph 197 of the Complaint.

198. **ANSWER:** Home Depot denies the allegations in Paragraph 198 of the Complaint.

199. **ANSWER:** Home Depot denies the allegations in Paragraph 199 of the Complaint.

200. **ANSWER:** Home Depot denies the allegations in Paragraph 200 of the Complaint.

### FIRST CLAIM FOR RELIEF
**Invasion of Privacy**
**(Against all Defendants on behalf of the Class)**

201. **ANSWER:** Answering Paragraph 201 of the Complaint, Home Depot incorporates by reference its responses set forth in the preceding Paragraphs as though answered in this Count.

202. **ANSWER:** Answering Paragraph 202 of the Complaint, Home Depot denies that Plaintiffs had any reasonable expectation of privacy concerning certain data types, including their product purchases.  Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of Paragraph 202, and therefore denies them on that ground.

203. **ANSWER:** Home Depot denies the allegations in Paragraph 203 of the Complaint.

204. **ANSWER:** Home Depot denies the allegations in Paragraph 204 and its subparts as they relate to Home Depot.   Home Depot lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 204, and therefore denies them on that ground.

205. **ANSWER:** Home Depot denies the allegations in Paragraph 205 of the Complaint.

206. **ANSWER:** Home Depot denies the allegations in Paragraph 206 of the Complaint.

207. **ANSWER:** Home Depot denies the allegations in Paragraph 207 of the Complaint.

208. **ANSWER:** Home Depot denies the allegations in Paragraph 208 of the Complaint.

## SECOND CLAIM FOR RELIEF
### Violations of California's Unfair Competition Law, California Business & Professions Code 17200 et seq.
### (Against all Defendants on behalf of the Class)

209. **ANSWER:** Answering Paragraph 209 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph are irrelevant and do not require any response.  To the extent a response is required, Home Depot incorporates by reference its responses set forth in the preceding Paragraphs as though answered in this Count.

210.  **ANSWER:** Answering Paragraph 210 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 210.

211.  **ANSWER:** Answering Paragraph 211 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 211.

212.  **ANSWER:** Answering Paragraph 212 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 212.

213.  **ANSWER:** Answering Paragraph 213 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 213.

214.  **ANSWER:** Answering Paragraph 214 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 214.

215.  **ANSWER:** Answering Paragraph 215 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 215.

216.  **ANSWER:** Answering Paragraph 216 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 216.

217.  **ANSWER:** Answering Paragraph 217 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 217.

218.  **ANSWER:** Answering Paragraph 218 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 218.

219.  **ANSWER:** Answering Paragraph 219 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 219.

220.  **ANSWER:** Answering Paragraph 220 of the Complaint, based on the Dismissal Order, Home Depot denies the allegations in Paragraph 220.

221.  **ANSWER:** Answering Paragraph 221 of the Complaint, based on the Dismissal Order, Home Depot denies the allegations in Paragraph 221 of the Complaint.

222.  **ANSWER:** Answering Paragraph 222 of the Complaint, based on the Dismissal Order, Home Depot denies the allegations in Paragraph 222 of the Complaint.

223.  **ANSWER:** Answering Paragraph 223 of the Complaint, based on the Dismissal Order, the allegations in this Paragraph do not require any response.  To the extent a response is required, Home Depot denies the allegations in Paragraph 223.

## PRAYER FOR RELIEF

Home Depot denies all allegations contained in the Prayer for Relief in the Complaint and specifically denies that Plaintiffs are entitled to any relief or remedy whatsoever including, without limitation, the certification of a class action or any relief sought in subparts A through I. The Dismissal Order bars Plaintiffs' request for injunctive relief in subparts B through D specifically. With respect to subpart E, based on the Dismissal Order, the allegations in subpart E do not require any response.

## JURY TRIAL DEMANDED

Home Depot admits that Plaintiffs have demanded a trial by jury.

## DEFENSES

Further answering the Complaint, and as separate and distinct defenses thereto, subject to discovery and based on information and belief, and without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof, Home Depot asserts the following defenses:

## FIRST DEFENSE
### (Failure to State a Claim Upon Which Relief Can Be Granted)

The Complaint, and each and every alleged cause of action set forth therein, fails to state facts sufficient to constitute a claim against Home Depot.

## SECOND DEFENSE
### (Lack of Standing/Causation)

Plaintiffs' Complaint and all causes of action and forms of relief sought therein are barred, in whole or in part, because Plaintiffs and/or the putative class members lack standing to assert any or all of the causes of action alleged in the Complaint, including, among other reasons, because they have sustained no damages or injury and, even if they have sustained injury or damages, such injuries or damages were not related to or caused by Home Depot's conduct.  Plaintiffs further lack standing to seek the forms of relief sought by the Complaint.

## THIRD DEFENSE
### (Personal Jurisdiction)

This Court lacks personal jurisdiction over the claims of any Plaintiffs or putative class members who were not, at the relevant time, California citizens or who did not purchase products giving rise to their claims in the State of California.

## FOURTH DEFENSE
### (Justification)

The causes of action asserted in Plaintiffs' Complaint are barred because Home Depot's alleged actions were justified under the circumstances and because it substantively furthers one or more countervailing interests.

## FIFTH DEFENSE
### (Waiver/Release)

Plaintiffs and the putative class members have waived and released whatever rights they may have had to assert any alleged cause of action against Home Depot, and are therefore barred from asserting the purported causes of action in the Complaint.

## SIXTH DEFENSE
### (Improper Class Action)

To the extent Plaintiffs purport to seek to certify a class, Plaintiffs' allegations are not suitable for class certification as there is no typicality, numerosity, commonality, ascertainability, or adequate representation in this action. The class action is also not manageable or superior to individual actions.

## SEVENTH DEFENSE
### (Failure to Mitigate)

Without admitting any liability, Plaintiffs failed to mitigate their alleged damages, if in fact any damages have been or will be sustained, and any recovery by Plaintiffs must be diminished or barred as a result.

## EIGHTH DEFENSE
### (No Entitlement to Damages, Restitution, or Injunctive Relief)

Plaintiffs and the putative class are barred from any recovery because Plaintiffs cannot show that they or members of the putative class are entitled to damages as a result of any acts or omissions by Home Depot. The Complaint's claim for restitution is further barred because the amount of damages, if any, is speculative, and because of the impossibility of ascertaining and allocating these alleged damages. The Complaint's claim for restitution and prayer for injunctive relief are barred by the Dismissal Order.

## NINTH DEFENSE
### (No Economic Harm)

Plaintiffs' claims are barred because Plaintiffs did not suffer legally cognizable economic harm.

## TENTH DEFENSE
### (Express Terms)

The relief recoverable by Plaintiffs, if any, is limited by the express and implied terms, limits, and conditions of the Home Depot privacy policy, Home Depot return policy and/or any other disclosures.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT

## ELEVENTH DEFENSE
### (No Entitlement to Attorneys' Fees)

Plaintiffs' Complaint fails to state a claim for attorneys' fees or set forth facts sufficient to support such a claim.

## TWELFTH DEFENSE
### (No Punitive or Exemplary Damages)

Although Home Depot denies engaging in any conduct justifying an award of punitive damages, any such award would violate the excessive fines, due process, and other applicable clauses of the United States and California Constitutions, as well as other statutes.  The Complaint fails to state facts sufficient to support an award of punitive damages against Home Depot and fails to meet the requirements of Civil Code Section 3294.

## THIRTEENTH DEFENSE
### (Defenses As To Each Putative Class Member)

Home Depot may have additional unique affirmative defenses applicable to different putative members of Plaintiffs' proposed class.  Home Depot reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case.

## FOURTEENTH DEFENSE
### (Adequate Legal Remedy)

The injury or damage alleged by Plaintiffs and putative class members, if any exists, would be adequately compensated in an action at law for damages. Further, Plaintiffs and putative class members' claims for equitable relief are barred by the Dismissal Order.

## FIFTEENTH DEFENSE
### (Estoppel)

The causes of action asserted in Plaintiffs' Complaint are barred because Plaintiffs and the putative class members are estopped by their own actions and conduct from pursuing the claims in the Complaint.

### SIXTEENTH DEFENSE
### (No Harm)

Plaintiffs were not entitled to return or exchange their individual items pursuant to the retailer return policy, Civil Code Section 1723, or otherwise.

### SEVENTEENTH DEFENSE
### (Unclean Hands)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of unclean hands as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

### EIGHTEENTH DEFENSE
### (Acquiescence/Ratification)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrines of acquiescence and/or ratification as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

### NINETEENTH DEFENSE
### (Statute of Limitations)

Some or all of the claims of the putative class are barred by the applicable statute of limitations, as the class definition is not limited as to time.

### TWENTIETH DEFENSE
### (Laches)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of laches.

### TWENTY-FIRST DEFENSE
### (Mootness)

The claims in Plaintiffs' Complaint are barred, in whole or in part, to the extent that the claims or the relief sought are moot.

### TWENTY-SECOND DEFENSE
### (Item Not Subject to Returns)

The alleged subject item(s) to return were not available to be returned pursuant to Civil Code Section 1723 and/or the applicable return policy.

34

## TWENTY-THIRD DEFENSE
### (No Attempted Return)

The alleged claims are barred because Plaintiffs did not return or attempt to return their items within 30 days of purchase pursuant to Civil Code Section 1723(c).

## TWENTY-FOURTH DEFENSE
### (Consent)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of consent.

## TWENTY-FIFTH DEFENSE
### (Acts of Others)

The causes of action asserted in Plaintiffs' Complaint are barred as to Home Depot as a result of the acts, conduct, and omissions of others.

## TWENTY-SIXTH DEFENSE
### (Fair Competition/Business Economic Justification)

Plaintiffs' claims, and/or those of the putative classes, are barred, in whole or in part, because the conduct alleged in the Complaint constituted fair competition, and was reasonable, based on independent and legitimate business and economic justifications, and without the purpose, intent, or effect of injuring Plaintiffs or the putative classes.

## TWENTY-SEVENTH DEFENSE
### (Economic Loss Doctrine)

The claims of Plaintiffs and/or putative class members are barred by the economic loss doctrine.

## TWENTY-EIGHTH DEFENSE
### (Reservations to Raise Other Defenses)

Home Depot hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this litigation and reserve the right to amend this Answer to assert any such defenses.

## **PRAYER**

**WHEREFORE**, Home Depot requests that the Court enter a judgment against Plaintiffs:

1.    That Plaintiffs and the putative class take nothing by reason of the Complaint;

2.    That judgment be entered in favor of Home Depot and against Plaintiffs and the putative class;

3.    For costs and attorneys' fees incurred by Home Depot herein, if and to the extent permitted by law; and

4.    Granting such other and further relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Home Depot hereby demands a jury trial on all issues so triable.

Dated:  April 17, 2023                Respectfully submitted,


**KING & SPALDING LLP**


By: */s/ Julia E. Romano*
Julia E. Romano
S. Stewart Haskins II*
Elizabeth Adler*
Misty L. Peterson*
Mandi Goodman*

*pro hac vice*

*Attorneys for Defendant*
*The Home Depot, Inc.*

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT