RACHEL E. K. LOWE (State Bar No. 246361)
rachel.lowe@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-3004
Telephone:  213-576-1000
Facsimile:  213-576-1100

KRISTINE M. BROWN (*admitted pro hac vice*)
kristy.brown@alston.com
DONALD HOUSER (*admitted pro hac vice*)
donald.houser@alston.com
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta GA  30309-3424
Telephone:  404-881-7000
Facsimile:   404-881-7777

Attorneys for Defendant
CVS PHARMACY INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHADI HAYDEN *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>THE RETAIL EQUATION, INC. *et al.*,<br><br>    Defendants. | Case No.: 8:20-cv-01203-DOC-DFMx<br>*[Assigned to Hon. David O. Carter]*<br><br>**CVS PHARMACY INC.'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Third Amended Complaint Filed: August 5, 2022 |

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

Defendant CVS PHARMACY INC. ("**Defendant**" or "**CVS**") hereby answers Plaintiffs' Third Amended Complaint (the "**Complaint**"), ECF No. 455, and asserts the following affirmative defenses. Any allegations that are not specifically admitted herein are denied.

## GENERAL DENIAL

CVS generally denies any allegation of unlawful conduct.  CVS further denies that Plaintiffs have suffered, or will suffer, any injury or damages, costs or expenses, including attorneys' fees, in the manner or sum alleged, or in any manner or sum whatsoever, by reason of any act, breach or omission of CVS or its predecessors, successors, agents, employees or representatives.

CVS also asserts the following affirmative defenses herein.  By alleging the defenses set forth below, CVS is not in any way agreeing or conceding that it has the burden of proof or the burden of persuasion on any of these issues.

## ANSWER TO COMPLAINT'S INDIVIDUALLY NUMBERED PARAGRAPHS

1.    Answering paragraph 1 of the Complaint, CVS admits that TRE is a technology company that provides certain contracted-for services to, among other things, combat retail fraud and criminal activity.  CVS further admits that in certain transactions it utilizes TRE's services to approve or deny returns and exchanges.  As to all remaining allegations set forth in paragraph 1, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

2.    Answering paragraph 2 of the Complaint, CVS admits that TRE analyses data it has collected, but lacks sufficient knowledge or information to form a belief of what information TRE has collected, the sources of its collection of that information, or how it generates the risk score.  CVS otherwise denies the allegations in paragraph 2.

3.    Answering paragraph 3 of the Complaint, CVS denies the allegations in the first sentence of paragraph 3.  As to all remaining allegations set forth in paragraph

1

3, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

4.     Answering paragraph 4 of the Complaint, CVS admits that it has a contractual relationship with TRE.  As to all remaining allegations set forth in paragraph 4, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

5.     Answering paragraph 5 of the Complaint, CVS denies the allegations in paragraph 5.

6.     Answering paragraph 6 of the Complaint, paragraph 6 is a legal conclusion that does not require a response. To the extent a response is required, CVS admits that Plaintiffs filed a class action complaint and that Plaintiffs assert a claim for invasion of privacy.  CVS admits that the Court dismissed Plaintiffs' Unfair Competition Law claim in its March 2, 2023, Order Granting Retail Defendants' Motion to Dismiss ("2023 Dismissal Order") [ECF No. 484].  Except as expressly admitted herein, CVS denies the allegations in paragraph 6.

## JURISDICTION AND VENUE

7.     Answering paragraph 7 of the Complaint, CVS admits that the court has subject matter jurisdiction under 28 U.S.C. § 1332(d)(2).  Except as expressly admitted, CVS denies the allegations in paragraph 7.

8.     Answering paragraph 8 of the Complaint, Plaintiffs' assertion in the first sentence of paragraph 8 that the Court has personal jurisdiction over any defendant is a legal conclusion that does not require a response.  To the extent a response is required to the first sentence, CVS admits that it is authorized to do business in California and conducts business there, but CVS denies that the Court has personal jurisdiction over out-of-state unnamed putative class members.  CVS lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 8 and denies them on that ground.

2
DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

9.    Answering paragraph 9 of the Complaint, Plaintiffs' assertion that venue is proper is a legal conclusion that does not require a response.  CVS admits that it maintains retail locations in this District and regularly conducts business in this District. CVS lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations of paragraph 9 and denies them on that ground.

## STATEMENT OF FACTS

### Retail Defendants

10.    Answering paragraph 10 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

11.    Answering paragraph 11 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

12.    Answering paragraph 12 of the Complaint, CVS admits that CVS Pharmacy, Inc. is a Rhode Island corporation and a wholly owned subsidiary of CVS Health Corporation, with its principal place of business and headquarters in Woonsocket, Rhode Island. CVS admits that it has described itself as "the nation's premier health innovation company helping people on their path to better health." CVS admits that it operates approximately 9,900 retail locations in the United States, of which approximately 1,100 are located in California.  Except as expressly admitted herein, CVS denies the allegations in paragraph 12.

13.    Answering paragraph 13 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

14.    Answering paragraph 14 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

3

15. Answering paragraph 15 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

16. Answering paragraph 16 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### The Retail Equation

17. Answering paragraph 17 of the Complaint, including all subparts and footnotes thereto, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

18. Answering paragraph 18 of the Complaint, including all subparts and footnotes thereto, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

19. Answering paragraph 19 of the Complaint, including all subparts and footnotes thereto, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### Defendants' Data Collection, Sharing and Use

20. Answering paragraph 20 of the Complaint, including all subparts and footnotes thereto, CVS admits that it contracted with TRE as a service provider for TRE to perform certain services that assist in combating retail fraud and criminal activity. Except as expressly admitted herein, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

21. Answering paragraph 21 of the Complaint, CVS denies the allegations in the first sentence of paragraph 21 and also denies that it collects information without the consumer's notice or consent. As to the second sentence in paragraph 21, CVS admits that it collects certain consumer data at the point of sale and points of return and exchange in sales transactions (as well as through certain interactions with its website).

4

CVS further admits that it transmits certain consumer information to TRE as CVS's service provider. Except as expressly admitted, CVS denies the allegations in the second sentence of paragraph 21 of the Complaint. As to the final sentence, CVS admits that Complaint purports to define the "Consumer Commercial Activity Data" and "Consumer ID Data" but denies all remaining allegations in that sentence. Except as expressly admitted herein, CVS denies the allegations in paragraph 21 of the Complaint.

22. Answering paragraph 22 of the Complaint, CVS admits that it may collect certain types of data, including purchase data and transaction value, and share certain of that data with TRE as its service provider to combat fraud and criminal activity, consistent with CVS's privacy policy. Except as specifically admitted, CVS denies the allegations in paragraph 22 of the Complaint.

23. Answering paragraph 23 of the Complaint, CVS admits that it may collect in certain transactions consumer name and address and government-issued identification information and may provide that information to TRE, as a service provider, consistent with its privacy policy. Except as specifically admitted, CVS denies the allegations in paragraph 23.

24. Answering paragraph 24 of the Complaint, CVS admits that, in connection with certain transactions, it may collect non-anonymized consumer information. CVS also admits that the data that CVS shares with TRE as part of its contracted-for services is encrypted and is not shared with other retailers or third parties. Except as specifically admitted, CVS denies the allegations in paragraph 24.

25. Answering paragraph 25 of the Complaint, CVS denies the allegations in paragraph 25 of the Complaint.

26. Answering paragraph 26 of the Complaint, including all subparts and footnotes thereto, CVS denies that TRE is using social media data in its provision of services to CVS. CVS lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations therein and denies them on that ground.

5

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT<br>AND AFFIRMATIVE DEFENSES

27.   Answering paragraph 27 of the Complaint, including all subparts and footnotes thereto, CVS denies that TRE is using location data regarding other customers in the same location at the time of the requested return in its provision of services to CVS. CVS lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations therein and denies them on that ground.

28.   Answering paragraph 28 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### Attempted Return or Exchange Process

29.   Answering paragraph 29 of the Complaint, CVS admits that there is a CVS return policy applicable to consumer transactions, and that policy provides the time period and other conditions for refunds, store credits, and exchanges.  Except as specifically admitted, CVS denies the allegations of paragraph 29.

30.   Answering paragraph 30 of the Complaint, CVS admits that in certain instances when a consumer attempts to make a return or exchange, CVS may request and collect government-issue identification information and/or receipt information. Except as specifically admitted, CVS denies the allegations of paragraph 30.

31.   Answering paragraph 31 of the Complaint, CVS admits that, consistent with its return policy and privacy policy, it transmits certain data to TRE as service provider for TRE to perform certain contracted-for services.  Except as specifically admitted, CVS denies the allegations in paragraph 31.

32.   Answering paragraph 32 of the Complaint, including allegations concerning other retailers, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence and second sentence of this paragraph 32 and denies them on that ground.  CVS denies all remaining allegations in paragraph 32.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

33.    Answering paragraph 33 of the Complaint, CVS denies the allegations in paragraph 33 of the Complaint.

34.    Answering paragraph 34 of the Complaint, CVS denies the allegations in the first sentence of paragraph 34.  CVS lacks knowledge or information sufficient to form a belief about the truth of all remaining allegations in paragraph 34 and, on that basis, denies them.

35.    Answering paragraph 35 of the Complaint, CVS denies the allegations in paragraph 35.

36.    Answering paragraph 36 of the Complaint, CVS denies the allegations in paragraph 36.

37.    Answering paragraph 37 of the Complaint, including all subparts and footnotes thereto, CVS admits that a complaint was filed against Best Buy regarding its return policy.  As to all remaining allegations, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### Plaintiff Hayden

38.    Answering paragraph 38 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

39.    Answering paragraph 39 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

40.    Answering paragraph 40 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

41. Answering paragraph 41 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

42. Answering paragraph 42 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

43. Answering paragraph 43 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

44. Answering paragraph 44 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

45. Answering paragraph 45 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

46. Answering paragraph 46 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

47. Answering paragraph 47 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

48. Answering paragraph 48 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

49. Answering paragraph 49 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

50. Answering paragraph 50 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### Plaintiff Gilbert

51. Answering paragraph 51 of the Complaint, based on the Court's November 28, 2022, Order Granting Defendant CVS's Motion to Dismiss Plaintiff Gilbert's Claims ("Gilbert Dismissal Order") [ECF No. 474], which dismissed Plaintiff Gilbert's claims with prejudice, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 51, which relate to dismissed claims by Gilbert, who is no longer a party.

52. Answering paragraph 52 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 52, which relate to dismissed claims by Gilbert, who is no longer a party.

53. Answering paragraph 53 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 53, which relate to dismissed claims by Gilbert, who is no longer a party.

54. Answering paragraph 54 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 54, which relate to dismissed claims by Gilbert, who is no longer a party.

55. Answering paragraph 55 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 55, which relate to dismissed claims by Gilbert, who is no longer a party.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

56. Answering paragraph 56 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 56, which relate to dismissed claims by Gilbert, who is no longer a party.

57. Answering paragraph 57 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 57, which relate to dismissed claims by Gilbert, who is no longer a party.

58. Answering paragraph 58 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 58, which relate to dismissed claims by Gilbert, who is no longer a party.

59. Answering paragraph 59 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 59, which relate to dismissed claims by Gilbert, who is no longer a party.

60. Answering paragraph 60 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 60, which relate to dismissed claims by Gilbert, who is no longer a party.

61. Answering paragraph 61 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 61, which relate to dismissed claims by Gilbert, who is no longer a party.

62. Answering paragraph 62 of the Complaint, based on the Court's Gilbert Dismissal Order, the allegations in this paragraph are irrelevant and do not require any

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

response.  To the extent a response is required, CVS denies the allegations in paragraph 62, which relate to dismissed claims by Gilbert, who is no longer a party.

### **Plaintiff Smith**

63.  Answering paragraph 63 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

64.  Answering paragraph 64 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

65.  Answering paragraph 65 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

66.  Answering paragraph 66 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

67.  Answering paragraph 67 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

68.  Answering paragraph 68 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

69.  Answering paragraph 69 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

70.  Answering paragraph 70 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

11

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

71.    Answering paragraph 71 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

72.    Answering paragraph 72 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

73.    Answering paragraph 73 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

74.    Answering paragraph 74 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

## Plaintiff Julian-Moye

75.    Answering paragraph 75 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

76.    Answering paragraph 76 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.  CVS notes that Plaintiffs voluntarily dismissed Stein Mart, Inc. from this suit on January 28, 2022.  [Plaintiffs' Notice of Voluntary Dismissal of Stein Mart, Inc, ECF No. 387].

77.    Answering paragraph 77 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

78.    Answering paragraph 78 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

79.     Answering paragraph 79 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

80.     Answering paragraph 80 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

81.     Answering paragraph 81 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

82.     Answering paragraph 82 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and therein and denies them on that ground.

83.     Answering paragraph 83 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

84.     Answering paragraph 84 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

85.     Answering paragraph 85 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

86.     Answering paragraph 86 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

**Plaintiff Alire**

87.   Answering paragraph 87 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

88.   Answering paragraph 88 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

89.   Answering paragraph 89 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

90.   Answering paragraph 90 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

91.   Answering paragraph 91 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

92.   Answering paragraph 92 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

93.   Answering paragraph 93 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

94.   Answering paragraph 94 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

95. Answering paragraph 95 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

96. Answering paragraph 96 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

97. Answering paragraph 97 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

98. Answering paragraph 98 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

**Plaintiff Ho**

99. Answering paragraph 99 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

100. Answering paragraph 100 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

101. Answering paragraph 101 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

102. Answering paragraph 102 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

103.    Answering paragraph 103 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

104.    Answering paragraph 104 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

105.    Answering paragraph 105 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

106.    Answering paragraph 106 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

107.    Answering paragraph 107 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

108.    Answering paragraph 108 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

109.    Answering paragraph 109 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

110.    Answering paragraph 110 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

**Plaintiff Padro**

111.   Answering paragraph 111 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

112.   Answering paragraph 112 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

113.   Answering paragraph 113 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

114.   Answering paragraph 114 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

115.   Answering paragraph 115 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

116.   Answering paragraph 116 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

117.   Answering paragraph 117 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

118.   Answering paragraph 118 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

119.    Answering paragraph 119 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

120.    Answering paragraph 120 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

121.    Answering paragraph 121 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

122.    Answering paragraph 122 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

123.    Answering paragraph 123 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

## Plaintiff Naidu

124.    Answering paragraph 124 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

125.    Answering paragraph 125 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

126.    Answering paragraph 126 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

18

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

127. Answering paragraph 127 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

128. Answering paragraph 128 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

129. Answering paragraph 129 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

130. Answering paragraph 130 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

131. Answering paragraph 131 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

132. Answering paragraph 132 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

133. Answering paragraph 133 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

134. Answering paragraph 134 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

135. Answering paragraph 135 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

136. Answering paragraph 136 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

### Plaintiff Solorzano

137. Answering paragraph 137 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

138. Answering paragraph 138 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

139. Answering paragraph 139 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

140. Answering paragraph 140 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

141. Answering paragraph 141 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

142. Answering paragraph 142 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

143. Answering paragraph 143 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

144. Answering paragraph 144 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

145. Answering paragraph 145 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

146. Answering paragraph 146 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

147. Answering paragraph 147 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

148. Answering paragraph 148 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

149. Answering paragraph 149 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

**Plaintiff White**

150. Answering paragraph 150 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

151. Answering paragraph 151 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

21

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

152.    Answering paragraph 152 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

153.    Answering paragraph 153 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

154.    Answering paragraph 154 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

155.    Answering paragraph 155 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

156.    Answering paragraph 156 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

157.    Answering paragraph 157 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

158.    Answering paragraph 158 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

159.    Answering paragraph 159 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

160.    Answering paragraph 160 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

161. Answering paragraph 161 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

162. Answering paragraph 162 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

**Plaintiff Al Kuraishi**

163. Answering paragraph 163 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 163 and denies them on that ground.

164. Answering paragraph 164 of the Complaint, CVS admits that, on July 16, 2021, Plaintiff Al Kuraishi attempted to return certain merchandise at a CVS location. CVS lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in paragraph 164 and denies them on that ground.

165. Answering paragraph 165 of the Complaint, CVS admits that it collected certain information from Plaintiff Al Kuraishi in connection with the attempted return. CVS denies that Plaintiff Al Kuraishi provided her driver's license in connection with her attempted return of merchandise on July 16, 2021. Except as expressly admitted herein, CVS denies the allegations in paragraph 165.

166. Answering paragraph 166 of the Complaint, CVS admits that it collected certain information from Plaintiff Al Kuraishi in connection with the attempted return of merchandise on July 16, 2021. CVS denies that it collected driver's license information. Except as expressly admitted herein, CVS denies the allegations in paragraph 166.

167. Answering paragraph 167 of the Complaint, CVS admits that it transferred to TRE certain transactional data pertaining to Plaintiff Al Kuraishi's attempted return or exchange on July 16, 2021, but CVS denies that it collected driver's license

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

information in connection with that attempted return or exchange of merchandise. Except as expressly admitted herein, CVS denies the allegations in paragraph 167.

168.   Answering paragraph 168 of the Complaint, CVS denies that Plaintiff Al Kuraishi did not receive notice that her information was being transmitted to TRE. CVS lacks knowledge or information sufficient to form a belief regarding whether the sales associate specifically informed Plaintiff Al Kuraishi that her identifying and transactional information was being transmitted to TRE and denies the allegations in paragraph 168 on that ground. CVS denies any remaining allegations in paragraph 168.

169.   Answering paragraph 169 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiff Al Kuraishi's personal knowledge and denies the allegations in paragraph 169 on that ground. CVS denies any remaining allegations in paragraph 169.

170.   Answering paragraph 170 of the Complaint, CVS denies that Plaintiff Al Kuraishi did not receive notice that her information was being transmitted to TRE. CVS lacks knowledge or information sufficient to form a belief regarding whether the sales associate specifically informed Plaintiff Al Kuraishi that her identifying and transactional information was being transmitted to TRE and denies the allegations in paragraph 170 on that ground. CVS denies any remaining allegations in paragraph 170.

171.   Answering paragraph 171 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiff Al Kuraishi's personal knowledge and denies the allegations on that ground. CVS denies any remaining allegations in paragraph 171.

172.   Answering paragraph 172 of the Complaint, CVS admits that TRE communicated to CVS on July 16, 2021, that some of Plaintiff Al Kuraishi's returns were to be declined.  Except as expressly admitted herein, CVS denies the allegations in paragraph 172.

24

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

173. Answering paragraph 173 of the Complaint, CVS admits that, after receiving the communication from TRE, it communicated to Plaintiff Al Kuraishi on July 16, 2021, that certain returns were declined.  Except as expressly admitted herein, CVS denies the allegations in paragraph 173.

174. Answering paragraph 174 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 174 and denies them on that ground.

175. Answering paragraph 175 of the Complaint, CVS admits that on July 16, 2021, Plaintiff Al Kuraishi was prevented from making certain returns.  Except as expressly admitted herein, CVS denies the allegations in paragraph 175.

### **Plaintiff Chapa**

176. Answering paragraph 176 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

177. Answering paragraph 177 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

178. Answering paragraph 178 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

179. Answering paragraph 179 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

180. Answering paragraph 180 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

181. Answering paragraph 181 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

182. Answering paragraph 182 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

183. Answering paragraph 183 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

184. Answering paragraph 184 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

185. Answering paragraph 185 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

186. Answering paragraph 186 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

187. Answering paragraph 187 of the Complaint, CVS lacks knowledge or information sufficient to form a belief about the truth of the allegations therein and denies them on that ground.

## **CLASS ALLEGATIONS**

188. Answering paragraph 188 of the Complaint, this paragraph does not contain factual allegations to which an answer is required. To the extent that require a response, CVS denies the allegations in paragraph 188. CVS specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

189. Answering paragraph 189 of the Complaint, this paragraph does not contain factual allegations to which an answer is required.  To the extent that they require a response, CVS denies the allegations in paragraph 189.  CVS specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

190. Answering paragraph 190 of the Complaint, this paragraph does not contain factual allegations to which an answer is required. To the extent a response is required, CVS denies the allegations in paragraph 190.  CVS specifically denies that certification of the putative class defined herein—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

191. Answering paragraph 191 of the Complaint, CVS denies the allegations in paragraph 191.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

192. Answering paragraph 192 of the Complaint, this paragraph does not contain factual allegations to which an answer is required.  To the extent that require a response, CVS denies the allegations in paragraph 192.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.  Plaintiffs' allegations in paragraph 192(g) specifically were stricken by the Court pursuant to its 2023 Dismissal Order. [ECF No. 484].

193. Answering paragraph 193 of the Complaint, CVS denies the allegations in paragraph 193.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

194.    Answering paragraph 194 of the Complaint, CVS denies the allegations in paragraph 194.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

195.    Answering paragraph 195 of the Complaint, CVS denies the allegations in paragraph 195.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

196.    Answering paragraph 196 of the Complaint, CVS denies the allegations in paragraph 196.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.  Moreover, to the extent a response is required, CVS further denies the allegations in paragraph 196 on the basis of the Court's 2023 Dismissal Order, wherein the Court concluded that "Plaintiffs lack standing to seek injunctive relief against Retail Defendants," including CVS. [ECF No. 484].

197.    Answering paragraph 197 of the Complaint, CVS denies the allegations in paragraph 197.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

198.    Answering paragraph 198 of the Complaint, CVS denies the allegations in paragraph 198.  CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

199.    Answering paragraph 199 of the Complaint, CVS denies the allegations in paragraph 199.  CVS specifically denies that certification of the putative class defined

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

200. Answering paragraph 200 of the Complaint, CVS denies the allegations in paragraph 200. CVS specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

## COUNT I
### Invasion of Privacy
### (Against all Defendants on behalf of the Class)

201. Answering paragraph 201 of the Complaint, CVS incorporates by reference its responses to the preceding paragraphs as though set forth fully herein.

202. Answering paragraph 202 of the Complaint, CVS denies the allegations in paragraph 202.

203. Answering paragraph 203 of the Complaint, CVS denies that Plaintiffs had any reasonable expectation inconsistent with its privacy policy and other disclosures, which address how certain data will be collected, used, and retained. CVS denies all remaining allegations in paragraph 203.

204. Answering paragraph 204 of the Complaint, CVS denies the allegations in paragraph 204 of the Complaint including all subparts thereto.

205. Answering paragraph 205 of the Complaint, CVS denies the allegations in paragraph 205 of the Complaint.

206. Answering paragraph 206 of the Complaint, CVS denies the allegations in paragraph 206 of the Complaint.

207. Answering paragraph 207 of the Complaint, CVS denies the allegations in paragraph 207 of the Complaint.

208. Answering paragraph 208 of the Complaint, CVS denies the allegations in paragraph 208 of the Complaint.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

# COUNT II
## Violations of California's Unfair Competition Law
## California Business & Professions Code §17200 *et seq.*
## (Against all Defendants on behalf of the Class)

209. Answering paragraph 209 of the Complaint, based on the Court's 2023 Dismissal Order, [ECF No. 484], which disposed of Plaintiffs' UCL claim and request for injunctive relief with prejudice, the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS incorporates by reference its responses to all preceding allegations as if set forth fully herein.

210. Answering paragraph 210 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 210 of the Complaint.

211. Answering paragraph 211 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 211 of the Complaint.

212. Answering paragraph 212 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 212 of the Complaint.

213. Answering paragraph 213 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 213 of the Complaint.

214. Answering paragraph 214 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

any response. To the extent a response is required, CVS denies the allegations in paragraph 214 of the Complaint.

215. Answering paragraph 215 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 215 of the Complaint.

216. Answering paragraph 216 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 216 of the Complaint.

217. Answering paragraph 217 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 217 of the Complaint.

218. Answering paragraph 218 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 218 of the Complaint.

219. Answering paragraph 219 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 219 of the Complaint.

220. Answering paragraph 220 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response. To the extent a response is required, CVS denies the allegations in paragraph 220 of the Complaint.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES
LEGAL02/42877728v1

221.   Answering paragraph 221 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response.  To the extent a response is required, CVS denies the allegations in paragraph 221 of the Complaint.

222.   Answering paragraph 222 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response.  To the extent a response is required, CVS denies the allegations in paragraph 222 of the Complaint.

223.   Answering paragraph 223 of the Complaint, based on the 2023 Dismissal Order, [ECF No. 484], the allegations in this paragraph are irrelevant and do not require any response.  To the extent a response is required, CVS denies the allegations in paragraph 223 of the Complaint.

## PRAYER FOR RELIEF

CVS denies that Plaintiffs are entitled to any relief or remedy whatsoever including, without limitation, the certification of a class action or any relief sought in subparts A through I. The Court's 2023 Dismissal Order bars Plaintiffs' request for injunctive relief in subparts B through D specifically. [ECF No. 484].

## JURY TRIAL DEMANDED

CVS admits that Plaintiffs have demanded a trial by jury.

## AFFIRMATIVE DEFENSES

Further answering the Complaint, and as separate and distinct affirmative defenses thereto, subject to discovery and based on information and belief, and without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof, CVS asserts the following defenses:

### FIRST AFFIRMATIVE DEFENSE
**(Failure to State a Claim Upon Which Relief Can Be Granted)**

The Complaint, and each and every alleged cause of action set forth therein, fails to state facts sufficient to constitute a claim against CVS.

32

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Standing)

Plaintiffs' Complaint and all causes of action and forms of relief sought therein are barred, in whole or in part, because Plaintiffs and/or the putative class members lack standing to assert any or all of the causes of action alleged in the Complaint, including, among other reasons, because they have sustained no damages or injury and, even if they have sustained injury or damages, such injuries or damages were not related to or caused by CVS's conduct.  Plaintiffs further lack standing to seek the forms of relief sought by the Complaint.

## THIRD AFFIRMATIVE DEFENSE
### (Personal Jurisdiction)

This Court lacks personal jurisdiction over the claims of any Plaintiffs or putative class members who were not, at the relevant time, California citizens or who did not purchase products giving rise to their claims in the State of California.

## FOURTH AFFIRMATIVE DEFENSE
### (Arbitration)

The claims of certain putative class members are subject to an arbitration provision.  CVS specifically reserves the right to seek arbitration of any arbitrable claims.

## FIFTH AFFIRMATIVE DEFENSE
### (Justification)

The causes of action asserted in Plaintiffs' Complaint are barred because CVS's alleged actions were justified under the circumstances and because it substantively furthers one or more countervailing interests.

## SIXTH AFFIRMATIVE DEFENSE
### (Waiver/Release)

Plaintiffs and the putative class members have waived and released whatever rights they may have had to assert any alleged cause of action against CVS, and are therefore barred from asserting the purported causes of action in the Complaint.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

## SEVENTH AFFIRMATIVE DEFENSE
### (Improper Class Action)

To the extent Plaintiffs purport to certify a class, Plaintiffs' allegations do not give rise to class status as required by Federal Rule of Civil Procedure 23 and related authority.

## EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

Without admitting any liability, Plaintiffs failed to mitigate their alleged damages, if in fact any damages have been or will be sustained, and any recovery by Plaintiffs must be diminished or barred as a result.

## NINTH AFFIRMATIVE DEFENSE
### (No Entitlement to Damages, Restitution, or Injunctive Relief)

Plaintiffs and the putative class are barred from any recovery because Plaintiffs cannot show that they or members of the putative class are entitled to damages as a result of any acts or omissions by CVS.  The Complaint's claim for restitution is further barred because the amount of damages, if any, is speculative, and because of the impossibility of ascertaining and allocating these alleged damages.  The Complaint's prayer for injunctive relief is similarly barred as improper and unsupported by law.

## TENTH AFFIRMATIVE DEFENSE
### (No Economic Harm)

Plaintiff's claims are barred because Plaintiff did not suffer legally cognizable economic harm.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Express Terms)

The relief recoverable by the Plaintiff and the class, if any, is limited by the express and implied terms, limits, and conditions of the CVS privacy policy, CVS return policy and/or any other disclosures.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

## TWELFTH AFFIRMATIVE DEFENSE
### (No Entitlement to Attorneys' Fees)

Plaintiffs' Complaint fails to state a claim for attorneys' fees or set forth facts sufficient to support such a claim.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (No Punitive or Exemplary Damages)

Although CVS denies engaging in any conduct justifying an award of punitive damages, any such award would violate the excessive fines, due process, and other applicable clauses of the United States and California Constitutions, as well as other statutes. The Complaint fails to state facts sufficient to support an award of punitive damages against CVS and fails to meet the requirements of Civil Code section 3294.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Adequate Legal Remedy)

The injury or damage alleged by Plaintiffs and putative class members, if any exists, would be adequately compensated in an action at law for damages. Plaintiffs and putative class members, therefore, have a complete and adequate remedy at law and are not entitled to seek equitable relief, to the extent any demands remain in the case.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Estoppel)

The causes of action asserted in Plaintiffs' Complaint are barred because Plaintiffs and the putative class members are estopped by their own actions and conduct from pursuing the claims in the Complaint.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (No Harm)

Plaintiffs were not entitled to return or exchange their individual items pursuant to the retailer return policy, Civil Code section 1723, or otherwise.

35
DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of unclean hands as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Acquiescence/Ratification)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrines of acquiescence and/or ratification as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

The causes of action asserted in Plaintiffs' Complaint are barred by the statute of limitations.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Latches)

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of laches.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Mootness)

The claims in Plaintiffs' Complaint are barred, in whole or in part, to the extent that the claims or the relief sought are moot.

## TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Item Not Subject to Returns)

The alleged subject item(s) to return were not available to be returned pursuant to Civil Code section 1723 and/or the applicable return policy.

## TWENTY-THIRD AFFIRMATIVE DEFENSE
### (No Attempted Return)

The alleged claims are barred because Plaintiffs did not return or attempt to return their items within 30 days of purchase pursuant to Civil Code section 1723(c).

36

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(Consent)**

The causes of action asserted in Plaintiffs' Complaint are barred by the doctrine of consent.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

**(Economic Loss Doctrine)**

The claims of Plaintiffs and/or members of any proposed class or subclass are barred by the economic loss doctrine.

**TWENTY-SIXTH AFFIRMATIVE DEFENSE**

**(Intervening Cause)**

The claims of Plaintiffs and/or members of any proposed class or subclass are barred, in whole or in part, to the extent their injury, if any, was due to the intervening cause of another party.

**TWENTY-SEVENTH AFFIRMATIVE DEFENSE**

**(Defenses As To Each Putative Class Member)**

CVS may have additional unique affirmative defenses applicable to different putative members of Plaintiffs' proposed class.  CVS reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case.

**TWENTY-EIGHTH AFFIRMATIVE DEFENSE**

**(Assumption of the Risk)**

Plaintiffs voluntarily assumed the risk of any harm resulting from the acts alleged in the Complaint, and Plaintiffs therefore may not recover for any alleged harm.

**TWENTY-NINTH AFFIRMATIVE DEFENSE**

**(Reservations to Raise Other Defenses)**

CVS hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this litigation and reserve the right to amend this Answer to assert any such defenses.

37

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

## **PRAYER**

**WHEREFORE**, CVS requests that the Court enter a judgment against Plaintiffs:

1.      That Plaintiffs and the putative class take nothing by reason of the Complaint;

2.      That judgment be entered in favor of CVS and against Plaintiffs and the putative class;

3.      For costs and attorneys' fees incurred by CVS herein, if and to the extent permitted by law; and

4.      Granting such other and further relief as this Court may deem just and proper.

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

LEGAL02/42877728v1

**ALSTON & BIRD LLP**

Dated: April 17, 2023          By          */s/ Rachel E. K. Lowe*

RACHEL E. K. LOWE, Bar No. 246361
rachel.lowe@alston.com
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-3004
Telephone:  213-576-1000
Facsimile:  213-576-1100

KRISTINE M. BROWN (admitted *pro hac vice*)
kristy.brown@alston.com
DONALD HOUSER (admitted *pro hac vice*)
donald.houser@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree St., Suite 4900
Atlanta GA  30309-3424
Telephone:  404-881-7000
Facsimile:  404-881-7777

*Attorneys for Defendant*
CVS PHARMACY, INC.

39

DEFENDANT'S ANSWER TO THIRD AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES

## DEMAND FOR JURY TRIAL

CVS hereby demands a jury trial on all issues so triable.

**ALSTON & BIRD LLP**

Dated:  April 17, 2023          By            */s/ Rachel E. K. Lowe*
                                          RACHEL E. K. LOWE, Bar No. 246361
                                          rachel.lowe@alston.com
                                          ALSTON & BIRD LLP
                                          333 South Hope Street, 16th Floor
                                          Los Angeles, CA  90071-3004
                                          Telephone:  213-576-1000
                                          Facsimile:  213-576-1100

                                          KRISTINE M. BROWN (admitted *pro hac vice*)
                                          kristy.brown@alston.com
                                          DONALD HOUSER (admitted *pro hac vice*)
                                          donald.houser@alston.com
                                          ALSTON & BIRD LLP
                                          One Atlantic Center
                                          1201 West Peachtree St., Suite 4900
                                          Atlanta GA  30309-3424
                                          Telephone:  404-881-7000
                                          Facsimile:   404-881-7777


                                          *Attorneys for Defendant*
                                          CVS PHARMACY, INC.

40

LEGAL02/42877728v1