MORGAN, LEWIS & BOCKIUS LLP
Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
BED BATH & BEYOND INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SHADI HAYDEN *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>THE RETAIL EQUATION, INC. *et al.*,<br><br>           Defendants. | Case No. 8:20-cv-01203-DOC-DFM<br><br>*[Assigned to Hon. David O. Carter]*<br><br>**DEFENDANT BED BATH & BEYOND INC.'S ANSWER TO PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Third Amended Complaint Filed:<br>August 5, 2022 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

BED BATH & BEYOND INC.'S ANSWER TO
THIRD AMENDED COMPLAINT

Defendant Bed Bath & Beyond Inc. ("Defendant" or "BBB") hereby answers Plaintiffs' Third Amended Class Action Complaint filed on August 5, 2022 (Dkt. 455) (the "Complaint") and asserts the following affirmative defenses. Any allegations not specifically admitted herein are denied.

## GENERAL DENIAL

BBB generally denies any allegation of unlawful conduct. BBB further denies that Plaintiffs have suffered, or will suffer, any injury or damages, costs, or expenses, including attorneys' fees, in the manner or sum alleged, or in any manner or sum whatsoever, by reason of any act, breach, or omission of BBB or its predecessors, successors, agents, employees, or representatives.

BBB also asserts the following affirmative defenses herein. By alleging the defenses set forth below, BBB is not in any way agreeing or conceding that it has the burden of proof or the burden of persuasion on any of these issues.

## ANSWER TO COMPLAINT'S INDIVIDUALLY NUMBERED PARAGRAPHS
## BRIEF SUMMARY OF THE CASE[1]

1. BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint relating to the general business of Defendant The Retail Equation, Inc. ("TRE"). It is admitted only that TRE provides certain retail performance optimization services to BBB pursuant to an agreed-upon contract. BBB admits that, in certain instances depending on the circumstances of the transaction, it may request information from TRE at the time a consumer attempts a return or exchange. BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 1 of the Complaint, and denies them on that ground. Except as specifically admitted, BBB denies the allegations in Paragraph 1 of the Complaint.

---

[1] BBB includes herein the headings that appear in the Complaint for organizational purposes only.

2.     BBB denies the allegations of Paragraph 2 to the extent that it alleges BBB collected and shared any consumer data without the consumer's notice or consent.  BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2 of the Complaint, and denies them on that ground.

3.     BBB denies that individual consumers cannot appeal BBB's decision to refuse a return or exchange and further denies that consumers cannot seek to review and correct certain information.  BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 3 of the Complaint, and denies them on that ground.

4.     BBB admits that it has a contractual relationship with TRE.  BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 4 of the Complaint, and denies them on that ground.  Except as specifically admitted, BBB denies the allegations in Paragraph 4 of the Complaint.

5.     BBB denies the allegations in Paragraph 5 of the Complaint.

6.     Paragraph 6 of the Complaint states legal conclusions or arguments that do not require a response.  To the extent a response is required, BBB denies the allegations in Paragraph 6.  BBB further states that Plaintiffs' Unfair Competition Law ("UCL") claim against the Retail Defendants was dismissed with prejudice. *See* Dkt. 484.

## **JURISDICTION AND VENUE**

7.     BBB admits that the Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2).  Except as specifically admitted, BBB denies the allegations in Paragraph 7 of the Complaint.

8.     BBB admits that it is authorized to do business in California and conducts business in California.  BBB denies that the Court has personal jurisdiction over out-of-state unnamed putative class members.  BBB is without knowledge or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 of the Complaint, and denies them on that ground. Except as specifically admitted, BBB denies the allegations in Paragraph 8 of the Complaint.

9.    BBB admits that it has retail locations in this District and conducts business in this District. BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 of the Complaint, and denies them on that ground. Except as specifically admitted, BBB denies the allegations in Paragraph 9 of the Complaint.

## STATEMENT OF FACTS

### Retail Defendants

10.    The allegations of Paragraph 10 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

11.    BBB admits that it is a New York corporation with its principal place of business and headquarters in Union, New Jersey. BBB admits that it has described itself as "an omnichannel retailer that makes it easy for our customers to feel at home." BBB admits that it operates numerous retail locations in the United States, including various locations in California. Except as specifically admitted, BBB denies the allegations in Paragraph 11 of the Complaint.

12.    The allegations of Paragraph 12 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

13.    The allegations of Paragraph 13 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground. BBB further states that the Court dismissed with prejudice Plaintiffs' claims against Defendant Bath & Body Works, Inc. ("BBWI"). *See* Dkt. 464.

14. The allegations of Paragraph 14 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

15. The allegations of Paragraph 15 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

16. The allegations of Paragraph 16 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

### The Retail Equation

17. BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint, and denies them on that ground.

18. BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint, and denies them on that ground.

19. BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint, and denies them on that ground.

### Defendants' Data Collection, Sharing and Use

20. BBB admits that it has a contractual relationship with TRE to perform certain services to improve and optimize BBB's retail performance. BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20 of the Complaint, and denies them on that ground. Except as specifically admitted, BBB denies the allegations in Paragraph 20 of the Complaint.

21. BBB denies the allegations in the first sentence of Paragraph 21 and also denies that it collects information without consumers' notice or consent. As to the

second sentence in Paragraph 21, BBB admits that in some circumstances, it collects certain consumer data at the point of sale and points of return and exchange. As to the final sentence of Paragraph 21, BBB admits that the Complaint purports to define "Consumer Commercial Activity Data" and "Consumer ID Data," but denies all remaining allegations in that sentence. Except as specifically admitted, BBB denies the allegations in Paragraph 21 of the Complaint.

22.    BBB admits that in certain circumstances, it may collect certain types of data, including purchase data and transaction value, and share certain of that data with TRE as its service provider to aid in the processing of returns and exchanges and fraud prevention, consistent with BBB's return and privacy policies. Except as specifically admitted, BBB denies the allegations in Paragraph 22 of the Complaint.

23.    BBB admits that in certain circumstances, it may collect consumer name and other information contained on a government-issued ID card and may provide that information to TRE as its service provider to aid in the processing of returns and exchanges and fraud prevention, consistent with BBB's return and privacy policies. Except as specifically admitted, BBB denies the allegations in Paragraph 23 of the Complaint.

24.    BBB admits that in certain circumstances, it may collect non-anonymized consumer information. Except as specifically admitted, BBB denies the allegations in Paragraph 24 of the Complaint.

25.    BBB denies the allegations in Paragraph 25 of the Complaint.

26.    BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint, and denies them on that ground.

27.    BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

5

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

28. BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and denies them on that ground.

**Attempted Return or Exchange Process**

29. BBB admits that it has a return policy applicable to consumer transactions that provides the terms and conditions for store credit and exchanges. BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 29 of the Complaint, and denies them on that ground. Except as specifically admitted, BBB denies the allegations in Paragraph 29 of the Complaint.

30. BBB admits that in certain circumstances when a consumer attempts to make a return or exchange, BBB may request a valid photo ID and/or the sales receipt. Except as specifically admitted, BBB denies the allegations in Paragraph 30 of the Complaint.

31. BBB denies the allegations in the first sentence of Paragraph 31 that it transmits consumer data without "consent or knowledge of consumers." BBB admits that in certain circumstances, consistent with its return and privacy policies, it transmits certain data to TRE as its service provider for TRE to perform certain contracted-for services. Except as specifically admitted, BBB denies the allegations in Paragraph 31 of the Complaint.

32. BBB is without knowledge or information sufficient to form a belief about the truth of the allegations in the first and second sentences in Paragraph 32 and denies them on that ground. BBB denies all remaining allegations in Paragraph 32 of the Complaint.

33. BBB denies the allegations in Paragraph 33 of the Complaint.

34. BBB denies the allegations in the first sentence of Paragraph 34. BBB is without knowledge or information sufficient to form a belief as to the truth of the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

remaining allegations in Paragraph 34 of the Complaint, and denies them on that ground.

35.    BBB denies the allegations in Paragraph 35 of the Complaint.

36.    BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint, including what any particular consumer may think or do in the alleged circumstances, and denies them on that ground.

37.    BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 37 of the Complaint, and denies them on that ground.

**Plaintiff Hayden**

38.    The allegations of Paragraph 38 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

39.    The allegations of Paragraph 39 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

40.    The allegations of Paragraph 40 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

41.    The allegations of Paragraph 41 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

42.    The allegations of Paragraph 42 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

43.    The allegations of Paragraph 43 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

44.    The allegations of Paragraph 44 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

45.    The allegations of Paragraph 45 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

46.    The allegations of Paragraph 46 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

47.    The allegations of Paragraph 47 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

48.    The allegations of Paragraph 48 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

49.    The allegations of Paragraph 49 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

50.    The allegations of Paragraph 50 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Gilbert**

51.    The allegations of Paragraph 51 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

8

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

52.   The allegations of Paragraph 52 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

53.   The allegations of Paragraph 53 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

54.   The allegations of Paragraph 54 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

55.   The allegations of Paragraph 55 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

56.   The allegations of Paragraph 56 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

57.   The allegations of Paragraph 57 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

58.   The allegations of Paragraph 58 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

59.   The allegations of Paragraph 59 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

60.   The allegations of Paragraph 60 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

61.    The allegations of Paragraph 61 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

62.    The allegations of Paragraph 62 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Smith**

63.    The allegations of Paragraph 63 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See* Dkt. 464.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

64.    The allegations of Paragraph 64 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

65.    The allegations of Paragraph 65 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

66.    The allegations of Paragraph 66 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

67.    The allegations of Paragraph 67 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

68.     The allegations of Paragraph 68 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

69.     The allegations of Paragraph 69 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

70.     The allegations of Paragraph 70 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

71.     The allegations of Paragraph 71 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

72.     The allegations of Paragraph 72 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

73.     The allegations of Paragraph 73 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

74.     The allegations of Paragraph 74 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Julian-Moye**

75. The allegations of Paragraph 75 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Defendant Stein Mart, Inc. ("Stein Mart"). *See* Dkt. 387. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

76. The allegations of Paragraph 76 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

77. The allegations of Paragraph 77 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

78. The allegations of Paragraph 78 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

79. The allegations of Paragraph 79 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

80. The allegations of Paragraph 80 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

81. The allegations of Paragraph 81 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent

a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

82. The allegations of Paragraph 82 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

83. The allegations of Paragraph 83 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

84. The allegations of Paragraph 84 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

85. The allegations of Paragraph 85 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

86. The allegations of Paragraph 86 are not directed to BBB. Moreover, Plaintiffs voluntarily dismissed their claims against Stein Mart. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Alire**

87. The allegations of Paragraph 87 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

88.   The allegations of Paragraph 88 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

89.   The allegations of Paragraph 89 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

90.   The allegations of Paragraph 90 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

91.   The allegations of Paragraph 91 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

92.   The allegations of Paragraph 92 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

93.   The allegations of Paragraph 93 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

94.   The allegations of Paragraph 94 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

95.   The allegations of Paragraph 95 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

96.   The allegations of Paragraph 96 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

14

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

97. The allegations of Paragraph 97 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

98. The allegations of Paragraph 98 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Ho**

99. The allegations of Paragraph 99 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

100. The allegations of Paragraph 100 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

101. The allegations of Paragraph 101 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

102. The allegations of Paragraph 102 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

103. The allegations of Paragraph 103 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

104. The allegations of Paragraph 104 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

105. The allegations of Paragraph 105 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

15

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

106.    The allegations of Paragraph 106 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

107.    The allegations of Paragraph 107 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

108.    The allegations of Paragraph 108 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

109.    The allegations of Paragraph 109 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

110.    The allegations of Paragraph 110 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Padro**

111.    The allegations of Paragraph 111 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

112.    The allegations of Paragraph 112 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

113.    The allegations of Paragraph 113 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

114.    The allegations of Paragraph 114 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

16

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

115.   The allegations of Paragraph 115 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

116.   The allegations of Paragraph 116 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

117.   The allegations of Paragraph 117 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

118.   The allegations of Paragraph 118 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

119.   The allegations of Paragraph 119 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

120.   The allegations of Paragraph 120 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

121.   The allegations of Paragraph 121 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

122.   The allegations of Paragraph 122 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

123.   The allegations of Paragraph 123 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

17

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

**Plaintiff Naidu**

124. The allegations of Paragraph 124 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

125. The allegations of Paragraph 125 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

126. The allegations of Paragraph 126 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

127. The allegations of Paragraph 127 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

128. The allegations of Paragraph 128 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

129. The allegations of Paragraph 129 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

130. The allegations of Paragraph 130 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

131. The allegations of Paragraph 131 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

132. The allegations of Paragraph 132 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

133. The allegations of Paragraph 133 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

134. The allegations of Paragraph 134 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

135. The allegations of Paragraph 135 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

136. The allegations of Paragraph 136 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Solarzano**

137. The allegations of Paragraph 137 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See* Dkt. 464. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

138. The allegations of Paragraph 138 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

139. The allegations of Paragraph 139 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

140. The allegations of Paragraph 140 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

19

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

141. The allegations of Paragraph 141 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

142. The allegations of Paragraph 142 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

143. The allegations of Paragraph 143 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

144. The allegations of Paragraph 144 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

145. The allegations of Paragraph 145 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

146. The allegations of Paragraph 146 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

147. The allegations of Paragraph 147 are not directed to BBB. Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI. *See id.* To the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

20

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

148.   The allegations of Paragraph 148 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

149.   The allegations of Paragraph 149 are not directed to BBB.  Moreover, the Court dismissed with prejudice Plaintiffs' claims against BBWI.  *See id.*  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff White**

150.   BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 of the Complaint, and denies them on that ground.

151.   BBB admits that on October 2, 2019, Plaintiff White may have attempted to return or exchange merchandise at a BBB location.  BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiff White expected with regard to any alleged attempted return or exchange, and denies them on that ground.  Except as specifically admitted, BBB denies the allegations in Paragraph 151 of the Complaint.

152.   BBB's records do not reflect any customer information provided by Plaintiff White or entered into BBB's computer system as part of Plaintiff White's alleged attempted return or exchange, and BBB denies the allegations in Paragraph 152 of the Complaint on that ground.

153.   BBB's records do not reflect any customer information entered into BBB's computer system as part of Plaintiff White's alleged attempted return or exchange, and BBB denies the allegations in Paragraph 153 of the Complaint on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

21

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

154. BBB's records do not reflect that any customer information related to Plaintiff White's alleged attempted return or exchange was transmitted to TRE, and BBB denies the allegations in Paragraph 154 of the Complaint on that ground.

155. BBB's records do not reflect that any customer information related to Plaintiff White's alleged attempted return or exchange was transmitted to TRE. As such, BBB cannot admit or deny the allegations in Paragraph 155 of the Complaint as written.

156. BBB's records do not reflect that any customer information related to Plaintiff White's alleged attempted return or exchange was transmitted to TRE. As such, BBB cannot admit or deny the allegations in Paragraph 156 of the Complaint as written.

157. BBB's records do not reflect that any customer information related to Plaintiff White's alleged attempted return or exchange was transmitted to TRE. As such, BBB cannot admit or deny the allegations in Paragraph 157 of the Complaint as written.

158. BBB's records do not reflect that any customer information related to Plaintiff White's alleged attempted return or exchange was transmitted to TRE. As such, BBB cannot admit or deny the allegations in Paragraph 158 of the Complaint as written.

159. BBB's records do not reflect any customer information entered into BBB's computer system as part of Plaintiff White's alleged attempted return or exchange, or that any such information was transmitted to TRE, and BBB denies the allegations in Paragraph 159 of the Complaint on that ground.

160. BBB's records do not reflect any customer information entered into BBB's computer system as part of Plaintiff White's alleged attempted return or exchange, or that any such information was transmitted to TRE, and BBB denies the allegations in Paragraph 160 of the Complaint on that ground.

161.    BBB admits that Plaintiff White may have been provided a printout with contact information for TRE related to Plaintiff White's alleged attempted return or exchange.  BBB is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 161 of the Complaint, and denies them on that ground.  Except as specifically admitted, BBB denies the allegations in Paragraph 161 of the Complaint.

162.    BBB denies the allegations in Paragraph 162 of the Complaint.

### Plaintiff Al Kuraishi

163.    The allegations of Paragraph 163 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

164.    The allegations of Paragraph 164 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

165.    The allegations of Paragraph 165 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

166.    The allegations of Paragraph 166 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

167.    The allegations of Paragraph 167 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

168.    The allegations of Paragraph 168 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

23

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

169. The allegations of Paragraph 169 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

170. The allegations of Paragraph 170 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

171. The allegations of Paragraph 171 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

172. The allegations of Paragraph 172 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

173. The allegations of Paragraph 173 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

174. The allegations of Paragraph 174 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

175. The allegations of Paragraph 175 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

**Plaintiff Chapa**

176. The allegations of Paragraph 176 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

177. The allegations of Paragraph 177 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

24

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

178. The allegations of Paragraph 178 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

179. The allegations of Paragraph 179 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

180. The allegations of Paragraph 180 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

181. The allegations of Paragraph 181 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

182. The allegations of Paragraph 182 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

183. The allegations of Paragraph 183 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

184. The allegations of Paragraph 184 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

185. The allegations of Paragraph 185 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

186. The allegations of Paragraph 186 are not directed to BBB. To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

187.   The allegations of Paragraph 187 are not directed to BBB.  To the extent a response is required, BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, and denies them on that ground.

## CLASS ALLEGATIONS

188.   This paragraph does not contain factual allegations to which an answer is required.  To the extent Paragraph 188 is construed to contain factual allegations that require a response, the allegations are denied.  BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

189.   This paragraph does not contain factual allegations to which an answer is required.  To the extent Paragraph 189 is construed to contain factual allegations that require a response, the allegations are denied.  BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

190.   This paragraph does not contain factual allegations to which an answer is required.  To the extent Paragraph 190 is construed to contain factual allegations that require a response, the allegations are denied.  BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

191.   This paragraph does not contain factual allegations to which an answer is required.  To the extent Paragraph 191 is construed to contain factual allegations that require a response, the allegations are denied.  BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

192. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 192 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23. BBB further states that Plaintiffs' allegations in paragraph 192(g) were stricken by the Court. *See* Dkt. 484.

193. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 193 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

194. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 194 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

195. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 195 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

196. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 196 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that

certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23. BBB further states that the Court found that "Plaintiffs lack standing to seek injunctive relief against Retail Defendants," including BBB. *See* Dkt. 484.

197. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 197 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

198. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 198 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

199. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 199 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

200. This paragraph does not contain factual allegations to which an answer is required. To the extent Paragraph 200 is construed to contain factual allegations that require a response, the allegations are denied. BBB specifically denies that certification of the putative class defined in the Complaint—or any purported class or subclass—is appropriate and denies that Plaintiffs could satisfy the requirements of Rule 23.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

28

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

## COUNT I
## Invasion of Privacy
## (Against all Defendants on behalf of the Class)

201.   BBB incorporates by reference its responses set forth in the preceding paragraphs as though answered in this Count.

202.   BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiffs and putative class members actually "expected," and denies them on that ground.  BBB specifically denies that Plaintiffs or any putative class member had any reasonable expectation of privacy concerning information they allegedly provided to BBB as part of the routine retail transactions alleged herein.

203.   BBB is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding what Plaintiffs and putative class members actually "expected," and denies them on that ground.  BBB admits that its return and privacy policies and other disclosures address how certain data will be collected, used, and retained.  BBB denies that Plaintiffs and putative class members had any reasonable expectation inconsistent with those policies and disclosures.  BBB denies all remaining allegations in Paragraph 203.

204.   Paragraph 204 of the Complaint states legal conclusions or arguments.  To the extent a response is required, BBB denies the allegations in Paragraph 204 and its subparts.  BBB denies that it unlawfully invaded Plaintiffs' and putative class members' privacy rights.

205.   BBB denies the allegations in Paragraph 205 of the Complaint.

206.   Paragraph 206 of the Complaint states legal conclusions or arguments.  To the extent a response is required, BBB denies the allegations in Paragraph 206.

207.   Paragraph 207 of the Complaint states legal conclusions or arguments.  To the extent a response is required, BBB denies the allegations in Paragraph 207.

208.   BBB denies the allegations in Paragraph 208 of the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

29

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

## COUNT II
### Violations of California's Unfair Competition Law
### California Business & Professions Code § 17200, *et seq.*
### (Against all Defendants on behalf of the Class)

209.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See* Dkt. 484.  The allegations in this paragraph are therefore irrelevant and do not require any response.

210.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

211.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

212.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

213.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

214.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

215.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

216.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice.  *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

30

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

217.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

218.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

219.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

220.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

221.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

222.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

223.   Plaintiffs' UCL claim against the Retail Defendants was dismissed with prejudice. *See id.*  The allegations in this paragraph are therefore irrelevant and do not require any response.

## **PRAYER FOR RELIEF**

BBB denies that Plaintiffs are entitled to any relief or remedy whatsoever, including, without limitation, the certification of a class action or any relief sought in subparts A through I.  The Court's Dismissal Order, Dkt. 484, bars Plaintiffs' request for injunctive relief.

## **JURY DEMAND**

BBB admits that Plaintiffs have demanded a trial by jury.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

31

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

**AFFIRMATIVE DEFENSES**

In further answer to the Complaint, and as separate and distinct affirmative defenses thereto, subject to discovery and based on information and belief, and without assuming the burden of proof on any issue for which Plaintiffs bear the burden of proof, BBB asserts the following defenses:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint, and each of its causes of action, fails to state a claim against BBB upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

The Complaint and all causes of action and forms of relief sought therein are barred, in whole or in part, because Plaintiffs and/or the putative class members lack standing to assert any or all of the causes of action alleged in the Complaint, including, among other reasons, because they have sustained no damages or injury and, even if they have sustained injury or damages, such injuries or damages were not related to or caused by BBB's conduct.  Plaintiffs further lack standing to seek the forms of relief sought by the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

**(Personal Jurisdiction)**

This Court lacks personal jurisdiction over the claims of any Plaintiffs or putative class members who were not, at the relevant time, California citizens or who did not purchase products giving rise to their claims in the State of California.

**FOURTH AFFIRMATIVE DEFENSE**

**(Arbitration)**

The claims of certain putative class members are subject to an arbitration provision.  BBB specifically reserves the right to seek arbitration of any arbitrable claims.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

32

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

## FIFTH AFFIRMATIVE DEFENSE

### (Justification)

The causes of action asserted in the Complaint are barred because BBB's alleged actions were justified under the circumstances and because they substantively further one or more countervailing interests.

## SIXTH AFFIRMATIVE DEFENSE

### (Waiver / Release)

Plaintiffs and the putative class members have waived and released whatever rights they may have had to assert any alleged cause of action against BBB, and are therefore barred from asserting the purported causes of action in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (Improper Class Action)

To the extent Plaintiffs purport to certify a class, Plaintiffs' allegations do not give rise to class status as they cannot satisfy the requirements of Rule 23.

## EIGHTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiffs' claims and remedies alleged against BBB are barred or limited by Plaintiffs' failure to mitigate their alleged damages.

## NINTH AFFIRMATIVE DEFENSE

### (No Entitlement to Damages, Restitution, or Injunctive Relief)

Plaintiffs and the putative class are barred from any recovery from BBB because Plaintiffs cannot show that they or members of the putative class are entitled to damages as a result of any acts or omissions by BBB.  The Complaint's claims for restitution and injunctive relief were stricken.  *See* Dkt. 484.

## TENTH AFFIRMATIVE DEFENSE

### (No Economic Harm)

Plaintiffs' claims are barred because they did not suffer legally cognizable economic harm.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

33

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

## ELEVENTH AFFIRMATIVE DEFENSE

### (Express Terms)

The relief recoverable by Plaintiffs and the putative class, if any, is limited by the express and implied terms, conditions, and restrictions of BBB's return and privacy policies and/or other disclosures.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Entitlement to Attorneys' Fees)

The Complaint fails to state a claim for attorneys' fees or set forth facts sufficient to support such a claim.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Defenses as to Each Putative Class Member)

BBB may have additional unique affirmative defenses applicable to different putative members of Plaintiffs' proposed class and reserves the right to assert such additional affirmative defenses as the need arises, insofar as class certification has not been granted and is not appropriate in this case.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Adequate Legal Remedy)

The injury or damage alleged by Plaintiffs and putative class members, if any exists, would be adequately compensated in an action at law for damages. Plaintiffs and putative class members, therefore, have a complete and adequate remedy at law and are not entitled to seek equitable relief.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Estoppel)

The causes of action asserted in the Complaint are barred because Plaintiffs and the putative class members are estopped by their own actions and conduct from pursuing the claims in the Complaint.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

34

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Entitlement to Return or Exchange)

Plaintiffs were not entitled to return or exchange their individual items pursuant to BBB's return policy, Cal. Civ. Code section 1723, or otherwise.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The causes of action asserted in the Complaint are barred by the doctrine of unclean hands as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Acquiescence / Ratification)

The causes of action asserted in the Complaint are barred by the doctrines of acquiescence and/or ratification as a result of the acts, conduct, and omissions of Plaintiffs or of others that are attributable to Plaintiffs.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The causes of action asserted in the Complaint are barred by the statute of limitations.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Laches)

The causes of action in the Complaint are barred by the doctrine of laches.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (Mootness)

The causes of action in the Complaint are barred, in whole or in part, to the extent the claims or relief sought are moot.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Consent)

The causes of action in the Complaint are barred by the doctrine of consent.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Plaintiffs voluntarily assumed the risk of any harm resulting from the acts alleged in the Complaint, and Plaintiffs therefore may not recover for any alleged harm.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Economic Loss Doctrine)

The claims of Plaintiffs and/or members of any putative class are barred by the economic loss doctrine.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (Lack of Causation)

The claims of Plaintiffs and/or members of any putative class are barred, in whole or in part, to the extent their injury, if any, was due to the intervening cause of another party.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (Set-Off)

The claims of Plaintiffs and/or members of any putative class are subject to set-off of the reasonable value of goods and services that Plaintiffs and the putative class have received from BBB.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (Reservation to Raise Other Defenses)

BBB hereby gives notice that it intends to rely upon such other and further affirmative defenses as may become available during discovery in this litigation and reserves the right to amend this Answer to assert any such defenses.

## PRAYER

WHEREFORE, BBB prays as follows:

1.      That, as to BBB, Plaintiffs and the putative class take nothing by the Complaint;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

36

BED BATH & BEYOND INC.'S ANSWER
TO THIRD AMENDED COMPLAINT

2.    That judgment be entered in favor of BBB and against Plaintiffs and the putative class;

3.    That BBB be awarded costs and attorneys' fees incurred herein; and

4.    For such other and further relief as this Court deems just and proper.


DATED:  April 17, 2023            **MORGAN, LEWIS & BOCKIUS LLP**

Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

*/s/ Joseph Duffy*
                    Joseph Duffy

Attorneys for Defendant
**BED BATH & BEYOND INC.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

37            BED BATH & BEYOND INC.'S ANSWER
                    TO THIRD AMENDED COMPLAINT

## <u>DEMAND FOR JURY TRIAL</u>

BBB hereby demands a jury trial on all issues so triable.


DATED:  April 17, 2023

**MORGAN, LEWIS & BOCKIUS LLP**

Joseph Duffy, Bar No. 241854
joseph.duffy@morganlewis.com
Megan A. Suehiro, Bar No. 316104
megan.suehiro@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

/s/ *Joseph Duffy*
　　　　　　Joseph Duffy

Attorneys for Defendant
**BED BATH & BEYOND INC.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

BED BATH & BEYOND INC.'S ANSWER TO
THIRD AMENDED COMPLAINT