TROUTMAN PEPPER HAMILTON SANDERS LLP
Ronald I. Raether, Jr., Bar No. 303118
ron.raether@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone: 949.622.2700

Attorneys for Defendant
The Retail Equation, Inc.
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Shadi Hayden, et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Retail Equation, Inc., et al., <br><br> Defendants. | Case No.  8:20-cv-01203-DOC-DFM <br><br> **Joint Notice of Settlement and Request to Continue Status Conference** <br><br> Date:  July 10, 2023 <br> Time:  8:30 a.m. <br> Place:  Courtroom 10A <br><br> Complaint Filed: July 7, 2020 <br> FAC Filed: August 3, 2020 <br> SAC Filed: July 27, 2021 <br> TAC Filed: August 5, 2022 <br> Trial Date: None set |

## JOINT NOTICE OF SETTLEMENT

Defendant The Retail Equation, Inc. ("TRE") and Plaintiffs Shadi Hayden, Carol Julian-Moye, Christine Alire, Jerry Ho, Sylvia Padro, Sowbhagia Naidu, Traci Duncan White, Mayce Al Kuraishi and Stephanie Chapa ("Plaintiffs"), by counsel, hereby provide notice that a settlement has been reached in principle to fully resolve this matter that would lead to the dismissal of this action in its entirety against all parties, including Defendants CVS Pharmacy, Inc. ("CVS"), Sephora USA, Inc.

("Sephora"), The Gap, Inc. ("Gap"), The Home Depot, Inc.[1] ("Home Depot"), and The TJX Companies ("TJX") (collectively, the "Retail Defendants").[2]

To accommodate execution of the settlement agreement, TRE, Plaintiffs, and the Retail Defendants jointly request that the Court continue the status conference currently scheduled for July 10, 2023 until July 31, 2023 or to another date convenient for the Court. The Parties anticipate filing a stipulation of dismissal with prejudice prior to July 31, 2023.

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions or other conduct with Plaintiffs. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

[2] On April 25, 2023, Bed Bath & Beyond filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings (ECF No. 497).

Dated: July 7, 2023

| | |
|---|---|
| AHDOOT AND WOLFSON PC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| By: */s/ Christopher E. Stiner* <br> TINA WOLFSON <br> twolfson@ahdootwolfson.com <br> BRADLEY K. KING <br> bking@ahdootwolfson.com <br> CHRISTOPHER ERIC STINER <br> cstiner@ahdootwolfson.com <br> THEODORE W. MAYA <br> tmaya@ahdootwolfson.com <br> AHDOOT AND WOLFSON PC <br> 2600 W. Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> Tel: 310.474.9111 <br><br> Cornelius P. Dukelow (*pro hac vice*) <br> cdukelow@abingtonlaw.com <br> ABINGTON COLE AND ELLERY <br> 320 South Boston Ave, Suite 1130 <br> Tulsa, OK 74103 <br> Tel: 918-588-3400 <br><br> *Attorneys for Plaintiffs* | By: */s/ Ronald I. Raether, Jr.* <br> Ronald I. Raether, Jr. <br><br> Cindy Hanson (*Pro Hac Vice*) <br> Cindy.hanson@troutman.com <br> 600 Peachtree Street, N.E., Suite 3000 <br> Atlanta, GA 30308 <br> 404.885.3000 <br><br> Julie D. Hoffmeister (*Pro Hac Vice*) <br> Julie.hoffmeister@troutman.com <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> 804.697.1448 <br><br> *Attorneys for Defendant* <br> *The Retail Equation, Inc.* |
| ALSTON & BIRD LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| By: */s/ Rachel E. K. Lowe* <br> Rachel E. K. Lowe, Bar No. 246361 <br> rachel.lowe@alston.com <br> ALSTON & BIRD LLP <br> 333 South Hope Street, 16th Floor <br> Los Angeles, CA 90071-3004 <br> Telephone: 213-576-1000 <br> Facsimile: 213-576-1100 <br><br> Kristine Brown, pro hac vice admitted <br> kristy.brown@alston.com <br> Donald Houser, pro hac vice admitted <br> donald.houser@alston.com <br> ALSTON & BIRD LLP <br> 1201 West Peachtree Street <br> Atlanta, GA 30309 <br> Telephone: 404-881-7000 <br><br> *Attorneys for Defendant CVS Pharmacy, Inc.* | By: */s/ P. Craig Cardon* <br> P. CRAIG CARDON, Cal. Bar No. 168646 <br> ccardon@sheppardmullin.com <br> KARI M. ROLLINS (admitted *pro hac vice*) <br> krollins@sheppardmullin.com <br> BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531 <br> baigboboh@sheppardmullin.com <br> ALYSSA SONES, Cal. Bar No. 318359 <br> asones@sheppardmullin.com <br> 1901 Avenue of the Stars, Suite 1600 <br> Los Angeles, California 90067-6055 <br> Telephone: 310.228.3700 <br> Facsimile: 310.228.3701 <br><br> *Attorneys for Defendants Sephora USA, Inc. and The TJX Companies, Inc.* |

| | |
|---|---|
| KING & SPALDING LLP | KING & SPALDING LLP |
| By: */s/ Michael D. Roth* <br> Michael D. Roth <br> mroth@kslaw.com <br> 633 West Fifth Street, Suite 1600 <br> Los Angeles, CA 90071 <br> Tel. 213-443-4355 <br> Fax 213-443-4310 <br><br> ANNE M. VOIGTS (SBN 220783) <br> avoigts@kslaw.com <br> SUZANNE E. NERO (SBN 284894) <br> snero@kslaw.com <br> 50 California St, Suite 3300 <br> San Francisco, CA 94111 <br> Tel. 415-318-1200 <br><br> *Attorneys for Defendant* <br> *The Gap, Inc.* | By: */s/ Misty L. Peterson* <br> S. STEWART HASKINS II (*pro hac vice*) <br> shaskins@kslaw.com <br> ELIZABETH ADLER (*pro hac vice*) <br> eadler@kslaw.com <br> MISTY L. PETERSON (*pro hac vice*) <br> mpeterson@kslaw.com <br> KING & SPALDING LLP <br> 1180 Peachtree Street NE <br> Atlanta, GA 30309 <br> Tel. (404) 572-4600 <br> Fax (404) 572-5100 <br><br> JULIA ELIZABETH ROMANO <br> jromano@kslaw.com <br> KING & SPALDING LLP <br> 633 West 5th Street, Suite 1600 <br> Los Angeles, CA 90071 <br> Tel. 213-443-4355 <br> Fax 213 443-4310 <br><br> *Attorneys for Defendant* <br> *The Home Depot, Inc.* |