Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
Christopher Stiner (SBN 276033)
cstiner@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

*Counsel to Plaintiffs and the Proposed Classes*

Ronald I. Raether, Jr., (SBN 303118)
ron.raether@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
949.622.2700 *(telephone)*

*Attorneys for Defendant The Retail Equation, Inc.*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| Shadi Hayden, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>The Retail Equation, Inc., et al.,<br><br>　　　　　　Defendants. | Case No. 8:20-cv-01203-DOC-DFM<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Local Rule 7-1, Defendant The Retail Equation, Inc. ("TRE") and Plaintiffs Shadi Hayden, Carol Julian-Moye, Christine Alire, Jerry Ho, Sylvia Padro, Sowbhagia Naidu, Traci Duncan White, Mayce Al Kuraishi and Stephanie Chapa ("Plaintiffs"), by counsel, hereby stipulated to the dismissal of this action in its entirety against all parties, including Defendants CVS Pharmacy, Inc. ("CVS"), Sephora USA, Inc. ("Sephora"), The Gap, Inc. ("Gap"), The Home Depot, Inc.[1] ("Home Depot"), and The TJX Companies ("TJX") (collectively, the "Retail Defendants" and with TRE and Plaintiffs, the "Parties")[2], by counsel, stipulate and agree as follows:

1. On July 7, 2023, the Parties filed a Joint Notice of Settlement and Request to Continue Status Conference. (ECF No. 504.)

2. On July 7, 2023, the Court entered a Minute Order dismissing the case without prejudice. (ECF No. 505.)

3. The settlement agreement has been fully executed. The settlement agreement requires the case to be dismissed *with* prejudice.

4. In order to clarify the dismissal, the Parties jointly stipulate that Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice.

WHEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, that Plaintiffs' individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice.

---

[1] The Complaint improperly names The Home Depot, Inc. as a defendant. The Home Depot, Inc. is not a retailer and therefore engaged in no transactions or other conduct with Plaintiffs. Rather, The Home Depot, Inc. is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.

[2] On April 25, 2023, Bed Bath & Beyond filed a Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings (ECF No. 497).

Dated: November 28, 2023

| AHDOOT AND WOLFSON PC | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: */s/ Christopher E. Stiner* <br> Tina Wolfson <br> twolfson@ahdootwolfson.com <br> Bradley K. King <br> bking@ahdootwolfson.com <br> Christopher E. Stiner <br> cstiner@ahdootwolfson.com <br> Theodore W. Maya <br> tmaya@ahdootwolfson.com <br> 2600 W. Olive Avenue, Suite 500 <br> Burbank, CA 91505 <br> Tel: 310.474.9111 <br><br> Cornelius P. Dukelow (*pro hac vice*) <br> cdukelow@abingtonlaw.com <br> ABINGTON COLE AND ELLERY <br> 320 South Boston Ave., Suite 1130 <br> Tulsa, OK 74103 <br> Tel: 918-588-3400 <br><br> *Attorneys for Plaintiffs* | By: */s/ Ronald I. Raether, Jr.* <br> Ronald I. Raether, Jr. <br><br> Cindy Hanson (*pro hac vice*) <br> Cindy.hanson@troutman.com <br> 600 Peachtree Street, N.E., Suite 3000 <br> Atlanta, GA 30308 <br> Tel. 404.885.3000 <br><br> Julie D. Hoffmeister (*pro hac vice*) <br> Julie.hoffmeister@troutman.com <br> 1001 Haxall Point <br> Richmond, VA 23219 <br> Tel. 804.697.1448 <br><br> *Attorneys for Defendant* <br> *The Retail Equation, Inc.* |

| | |
|---|---|
| ALSTON & BIRD LLP<br><br>By: */s/ Rachel E. K. Lowe*<br>Rachel E. K. Lowe, Bar No. 246361<br>rachel.lowe@alston.com<br>ALSTON & BIRD LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071-3004<br>Telephone: 213.576.1000<br>Facsimile: 213.576.1100<br><br>Kristine Brown (*pro hac vice*)<br>kristy.brown@alston.com<br>Donald Houser (*pro hac vice*)<br>donald.houser@alston.com<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>Telephone: 404.881.7000<br><br>*Attorneys for Defendant CVS Pharmacy, Inc.* | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>By: */s/ P. Craig Cardon*<br>P. Craig Cardon, Cal. Bar No. 168646<br>ccardon@sheppardmullin.com<br>Kari M. Rollins (*pro hac vice*)<br>krollins@sheppardmullin.com<br>Benjamin O. Aigboboh, Cal. Bar No. 268531<br>baigboboh@sheppardmullin.com<br>Alyssa Sones, Cal. Bar No. 318359<br>asones@sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055<br>Telephone: 310.228.3700<br>Facsimile: 310.228.3701<br><br>*Attorneys for Defendants Sephora USA, Inc. and The TJX Companies, Inc.* |

| | |
|---|---|
| KING & SPALDING LLP<br><br>By: */s/ Michael D. Roth*<br>Michael D. Roth<br>mroth@kslaw.com<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel. 213.443.4355<br>Fax 213.443.4310<br><br>Anne M. Voigts (SBN 220783)<br>avoigts@kslaw.com<br>Suzanne E. Nero (SBN 284894)<br>snero@kslaw.com<br>50 California St, Suite 3300<br>San Francisco, CA 94111<br>Tel. 415.318.1200<br><br>*Attorneys for Defendant*<br>*The Gap, Inc.* | KING & SPALDING LLP<br><br>By: */s/ Misty L. Peterson*<br>S. Stewart Haskins II (*pro hac vice*)<br>shaskins@kslaw.com<br>Elizabeth Adler (*pro hac vice*)<br>eadler@kslaw.com<br>Misty L. Peterson (*pro hac vice*)<br>mpeterson@kslaw.com<br>1180 Peachtree Street NE<br>Atlanta, GA 30309<br>Tel. 404.572.4600<br>Fax 404.572.5100<br><br>Julia Elizabeth Romano<br>jromano@kslaw.com<br>KING & SPALDING LLP<br>633 West 5th Street, Suite 1600<br>Los Angeles, CA 90071<br>Tel. 213-443-4355<br>Fax 213 443-4310<br><br>*Attorneys for Defendant*<br>*The Home Depot, Inc.* |

## ATTESTATION OF FILER

I hereby attest that all signatories above have reviews and concur with the filings of this document.

Dated: November 28, 2023

                                                                      */s/ Christopher E. Stiner*
                                                                      Christopher E. Stiner