UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| Shadi Hayden, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>The Retail Equation, Inc., et al.,<br><br>              Defendants. | Case No.  8:20-cv-01203-DOC-DFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Based upon the Parties' Stipulation to Dismiss with Prejudice, it is hereby ORDERED that this action is hereby dismissed with prejudice with respect to Plaintiffs' individual claims and without prejudice with respect to the claims of the putative class.

**IT IS SO ORDERED.**

Dated: November 30, 2023

_David O. Carter_
_____
HONORABLE DAVID O. CARTER
United States District Court Judge